Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−15385−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Steven H Lapidus                           Eleonora Lapidus
21 Myrtle Ave                              aka Ellie Lapidus
Caldwell, NJ 07006                         21 Myrtle Ave
                                           Caldwell, NJ 07006

Social Security No.:
    xxx−xx−4683                            xxx−xx−6183

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on August 29, 2019.

On 6/1/2020 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Stacey L. Meisel on:

Date:          June 24, 2020
Time:          08:30 AM
Location:      Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: June 2, 2020
JAN: smz

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Steven H Lapidus
Eleonora Lapidus
    Debtors

Case No. 19-15385-SLM
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 3 | Date Rcvd: Jun 02, 2020 |
|---|---|---|---|
| | Form ID: 185 | Total Noticed: 82 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2020.

```
db/jdb         +Steven H Lapidus,    Eleonora Lapidus,    21 Myrtle Ave,    Caldwell, NJ 07006-5009
cr             +American Honda Finance Corporation, administrator,     P.O. Box 168088,    Irving, TX 75016-8088
cr             +U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR LEH,    RAS Crane, LLC,
                 10700 Abbotts Bridge Road, Suite 170,    Duluth, GA 30097-8461
518348960      +Allegacy Federal Credit Union,    1691 Westbrook Plaza,    Winston Salem, NC 27103-2993
518123894      +Associates in Otolaryngology,    741 Northfield Avenue, Ste. 104,    West Orange, NJ 07052-1104
518123895       BCA Financial Services,    18001 Old Cutler Road,    Suite 462,    Miami, FL 33157-6437
518123896      +Best Care Laboratory, LLC,    C/O Laboratory Billing Solutions,    195 New Hampshire Ave,
                 Suite 150,    Portsmouth, NH 03801-7836
518123898      +CC Holdings,    Attn: Card Services,    Po Box 9201,    Old Bethpage, NY 11804-9001
518195756       Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
518123900      +Counsyl, Inc.,    PO Box 748385,    Los Angeles, CA 90074-8385
518123904      +EMA,    St. Barnabas Emergency Medical Associate,    PO Box 6251,    Parsippany, NJ 07054-7251
518123905      +FedLoan Servicing,    Attn: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
518123908      +Higher Education Student Assistance Auth,    Hesaa Servicing/Attn: Bankruptcy,    Po Box 548,
                 Trenton, NJ 08625-0548
518123909      +Imaging Consultants of Essex,    PO Box 3247,    Indianapolis, IN 46206-3247
518123913      +Legacy Federal Credit Union,    1400 South 20th Street,    Birmingham, AL 35205-4914
518123914       Livingston Pathology Assoicate,    520 E 22 nd Street,    Lombard, IL 60148-6110
518123916      +Mercury/FBT,    2220 6th St,    Brookings, SD 57006-2403
518123918      +Mr. Cooper,    8950 Cypress Waters Blvd.,    Coppell, TX 75019-4620
518123919     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court:  Nationstar Mortgage,     350 Highland Drive,    Lewisville, TX 75067)
518525812      +NJCLASS,    PO BOX 548,    TRENTON, NJ 08625-0548
518123920      +Nationstar Mortgage,    PO Box 619094,    Dallas, TX 75261-9094
518123922       Pathology Solutions LLC,    Church St Station,    PO Box 3821,    New York, NY 10008-3821
518123926      +Premier Family Medical PC,    73 Bloomfield Ave,    1,    Caldwell, NJ 07006-5311
518180590      +RAS CRANE, LLC,    BANKRUPTCY DEPARTMENT,    10700 ABBOTT'S BRIDGE ROAD, SUITE 170,
                 DULUTH, GA 30097-8461
518123927       RENEX,    307 Wall Street,    Princeton, NJ 08540-1515
518123929       SBMC Multi Specialty-OBS,    PO Box 8000, Dept 624,    Buffalo, NY 14267-0002
518123934     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:  State of New Jersey,     Division of Taxation,    50 Barrack Street,
                 PO Box 269,    Trenton, NJ 08695)
518123931      +Shapiro & Denardo, LLC,    14000 Commerce Parkway,    Suite B,    Mount Laurel, NJ 08054-2242
518309798       State of New Jersey/Division of Taxation,     PO Box 245,    Trenton, NJ 08695-0245
518123935       Summit Medical Group,    Attn#8549X,    PO Box 14000,    Belfast, ME 04915-4033
518147337      +Summit Medical Group,    Attn: Simon's Agency Inc.,    PO Box 5026,    Syracuse, NY 13220-5026
518123940     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court:  Toyota Motor Credit Co,     Toyota Financial Services,    Po Box 8026,
                 Cedar Rapids, IA 52408)
518123938       Target,    Target Card Services,    Mail Stop NCB-0461,    Minneapolis, MN 55440
518123939      +The Doctor's Office of West Caldwell,    PO Box 870,    Newburgh, NY 12551-0870
518738578       Toyota Lease Trust,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern  PA 19355-0701
518254861      +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                 Addison, Texas 75001-9013
518261159      +U.S. Bank National Association,    Nationstar Mortgage LLC d/b/a Mr. Cooper,
                 ATTN: Bankruptcy Dept,    PO Box 619096,    Dallas, TX 75261-9096
518452643       US Department of Education,    P O Box 16448,    St Paul, MN 55116-0448
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 02 2020 23:35:48      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 02 2020 23:35:44      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: gecsedi@recoverycorp.com Jun 02 2020 23:40:39
                 Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
518123892       E-mail/Text: ebnbankruptcy@ahm.honda.com Jun 02 2020 23:35:56      American Honda Finance,
                 Attn: Bankruptcy,    Po Box 168088,    Irving, TX 75016
518161501       E-mail/Text: ebnbankruptcy@ahm.honda.com Jun 02 2020 23:35:56
                 American Honda Finance Corporation,    National Bankruptcy Center,    P.O. Box 168088,
                 Irving, TX 75016-8088
518505810       E-mail/Text: ally@ebn.phinsolutions.com Jun 02 2020 23:34:36      Ally Capital,    PO Box 130424,
                 Roseville, MN 55113-0004
518123891      +E-mail/Text: ally@ebn.phinsolutions.com Jun 02 2020 23:34:36      Ally Financial,    PO Box 8140,
                 Cockeysville, MD 21030-8140
518182200      +E-mail/Text: bankruptcy@sccompanies.com Jun 02 2020 23:34:22      Amerimark,
                 c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
518123893      +E-mail/Text: bankruptcy@sccompanies.com Jun 02 2020 23:34:22      Amerimark Premier,
                 AmeriMark Customer Service,    6864 Engle Road,    Cleveland, OH 44130-7910
```

```
District/off: 0312-2          User: admin              Page 2 of 3              Date Rcvd: Jun 02, 2020
                              Form ID: 185             Total Noticed: 82


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518163937       E-mail/PDF: MerrickBKNotifications@Resurgent.com Jun 02 2020 23:40:36
                 CW Nexus Credit Card Holdings l, LLC,    Resurgent Capital Services,    PO Box 10368,
                 Greenville, SC 29603-0368
518123897      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 02 2020 23:41:22         Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
518158055      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 02 2020 23:40:55
                 Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518123899      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 02 2020 23:35:34        Comenitybank/fllbeauty,
                 Po Box 182789,    Columbus, OH 43218-2789
518123902      +E-mail/PDF: pa_dc_ed@navient.com Jun 02 2020 23:41:30        Dept of Ed / Navient,    Po Box 9635,
                 Wilkes Barre, PA 18773-9635
518123901      +E-mail/PDF: pa_dc_ed@navient.com Jun 02 2020 23:40:48        Dept of Ed / Navient,
                 Attn: Claims Dept,    Po Box 9635,    Wilkes Barr, PA 18773-9635
518123903      +E-mail/Text: bankruptcy@sccompanies.com Jun 02 2020 23:34:22
                 Dr Leonard's/Carol Wright Gifts,    Po Box 7823,    Edison, NJ 08818-7823
518182203      +E-mail/Text: bankruptcy@sccompanies.com Jun 02 2020 23:34:22        Dr Leonards Shop Now,
                 c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
518123906      +E-mail/Text: bankruptcy@firstelectronic.com Jun 02 2020 23:36:29        First Electronic Bank,
                 Attn: Bankruptcy,    Po Box 521271,    Salt Lake City, UT 84152-1271
518190301      +E-mail/Text: bankruptcy@sccompanies.com Jun 02 2020 23:36:33        Ginny's,
                 c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
518123907      +E-mail/Text: bankruptcy@sccompanies.com Jun 02 2020 23:36:33        Ginnys/Swiss Colony Inc,
                 Attn: Credit Department,    Po Box 2825,    Monroe, WI 53566-8025
518190300      +E-mail/Text: bankruptcy@sccompanies.com Jun 02 2020 23:36:33        Home At Five,
                 c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
518123910       E-mail/Text: sbse.cio.bnc.mail@irs.gov Jun 02 2020 23:35:12        Internal Revenue Service,
                 955 S. Springfield Ave.,    Springfield, NJ 07081
518182202      +E-mail/Text: bankruptcy@sccompanies.com Jun 02 2020 23:34:22        K. Jordan,
                 c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
518123912      +E-mail/Text: bncnotices@becket-lee.com Jun 02 2020 23:35:01        Kohls/Capital One,
                 Kohls Credit,    Po Box 3120,    Milwaukee, WI 53201-3120
518140965       E-mail/PDF: resurgentbknotifications@resurgent.com Jun 02 2020 23:40:55        LVNV Funding LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC   29603-0587
518123915      +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 02 2020 23:41:37
                 LVNV Funding/Resurgent Capital,    Attn: Bankruptcy,    Po Box 10497,
                 Greenville, SC 29603-0497
518123917      +E-mail/Text: bankruptcy@sccompanies.com Jun 02 2020 23:36:33        Monroe & Main,
                 1112 7th Avenue,    Monroe, WI 53566-1364
518190302      +E-mail/Text: bankruptcy@sccompanies.com Jun 02 2020 23:36:33        Monroe & Main,
                 c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
518262693       E-mail/PDF: pa_dc_claims@navient.com Jun 02 2020 23:41:27
                 Navient Solutions, LLC on behalf of,    Department of Education Loan Services,    PO BOX 9635,
                 Wilkes-Barre, PA 18773-9635
518262164       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 02 2020 23:41:28
                 Portfolio Recovery Associates, LLC,    c/o Amazon.com Store Card,    POB 41067,
                 Norfolk VA 23541
518263325       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 02 2020 23:40:48
                 Portfolio Recovery Associates, LLC,    c/o Care Credit,    POB 41067,    Norfolk VA 23541
518123923      +E-mail/Text: recovery@paypal.com Jun 02 2020 23:34:27        Pay Pal,    2211 N/ 1st Street,
                 San Jose, CA 95131-2021
518123924      +E-mail/PDF: gecsedi@recoverycorp.com Jun 02 2020 23:41:20        PayPal,    PO Box 105658,
                 Atlanta, GA 30348-5658
518123925      +E-mail/PDF: gecsedi@recoverycorp.com Jun 02 2020 23:40:38        PayPal Credit,    PO Box 5018,
                 Lutherville Timonium, MD 21094-5018
518231590       E-mail/Text: bnc-quantum@quantum3group.com Jun 02 2020 23:35:41
                 Quantum3 Group LLC as agent for,    Genesis Consumer Funding LLC,    PO Box 788,
                 Kirkland, WA 98083-0788
518252245       E-mail/Text: bnc-quantum@quantum3group.com Jun 02 2020 23:35:41
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA 98083-0788
518123928      +E-mail/Text: ebn@rwjbh.org Jun 02 2020 23:36:10        Saint Barnabas Medical Center,
                 PO Box 29960,    New York, NY 10087-9960
518123930      +E-mail/Text: bankruptcy@sccompanies.com Jun 02 2020 23:36:33        Seventh Avenue,
                 Attn: Bankruptcy Dept,    1112 7th Ave,    Monroe, WI 53566-1364
518123933      +E-mail/Text: clientservices@simonsagency.com Jun 02 2020 23:36:21        Simons Agency, Inc.,
                 4963 Wintersweet Dr,    Liverpool, NY 13088-2176
518123932      +E-mail/Text: clientservices@simonsagency.com Jun 02 2020 23:36:21        Simons Agency, Inc.,
                 Attn: Bankruptcy,    4963 Wintersweet Dr.,    Liverpool, NY 13088-2176
518182201      +E-mail/Text: bankruptcy@sccompanies.com Jun 02 2020 23:34:22        Stoneberry,
                 c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
518127585      +E-mail/PDF: gecsedi@recoverycorp.com Jun 02 2020 23:40:40        Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518123936      +E-mail/PDF: gecsedi@recoverycorp.com Jun 02 2020 23:41:19        Synchrony Bank/Amazon,
                 Attn:  Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
518123937      +E-mail/PDF: gecsedi@recoverycorp.com Jun 02 2020 23:42:03        Synchrony Bank/Care Credit,
                 Attn:  Bankruptcy Dept,    Po Box 965061,    Orlando, FL 32896-5061
                                                                                              TOTAL: 44
```

```
District/off: 0312-2           User: admin                Page 3 of 3                  Date Rcvd: Jun 02, 2020
                               Form ID: 185               Total Noticed: 82


            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518180589        U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR LEH
518123911*       Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
518123921*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court: Nationstar Mortgage, LLC,    PO Box 630267,    Irving, TX 75063)
                                                                                       TOTALS: 1, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 2, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Elizabeth L. Wassall    on behalf of Creditor    Lehman XS Trust Mortgage Pass-Through Certificate,
               Series 2007-2N, U.S. Bank National Association, as Trustee ewassall@logs.com,
               njbankruptcynotifications@logs.com
              John R. Morton, Jr.    on behalf of Creditor    American Honda Finance Corporation, administrator
               for Honda Lease Trust ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
              Kevin Gordon McDonald    on behalf of Creditor    Toyota Lease Trust kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Laura M. Egerman    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR LEHMAN
               XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-2N bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Scott D. Sherman    on behalf of Joint Debtor Eleonora  Lapidus ssbankruptcy@minionsherman.com
              Scott D. Sherman    on behalf of Debtor Steven H Lapidus ssbankruptcy@minionsherman.com
              Sindi  Mncina    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR LEHMAN XS
               TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-2N smncina@rascrane.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
              Valerie A. Hamilton    on behalf of Creditor    New Jersey Division of Taxation
               Valerie.Hamilton@law.njoag.gov
                                                                                              TOTAL: 11
```