**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**
__2__    Valuation of Security    __2__ Assumption of Executory Contract or Unexpired Lease    __2__ Lien Avoidance

**Last revised: September 1, 2018**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

In Re:                                                                 Case No.: 19-15385

STEVEN H LAPIDUS                                          Judge: MEISEL

ELEONORA LAPIDUS

        Debtor(s)

## Chapter 13 Plan and Motions

☐ Original            ☒ Modified/Notice Required            Date: 5/28/2020

☒ Motions Included    ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER

CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

THIS PLAN:

☐ DOES ☒ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☒ DOES ☐ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☒ DOES ☐ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney: /s/ SDS        Initial Debtor: /s/ SL        Initial Co-Debtor: /s/ EL

**Part 1:    Payment and Length of Plan**

a. The debtor shall pay $1,500.00 per month to the Chapter 13 Trustee, starting on June 1, 2020 for approximately 12 months.

b. The debtor shall pay $2,385.00 per month to the Chapter 13 Trustee, starting on June 1, 2021 for approximately 58 months.

c. The debtor shall make plan payments to the Trustee from the following sources:

☒ Future earnings

☒ Other sources of funding (describe source, amount and date when funds are available):

$24,852.00 paid in through May 31, 2020

d. Use of real property to satisfy plan obligations:

☐ Sale of real property
Description:
Proposed date for completion: _____

☐ Refinance of real property:
Description:
Proposed date for completion: _____

☐ Loan modifications with respect to mortgage encumbering property:
Description:

Proposed date for completion:

e. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

f. ☒ Other information that may be important relating to the payment and length of plan:

The plan is being modified pursuant to the Coronavirus Aid, relief, and Economic Security Act ("CARES Act") because I have experienced a material financial hardship directly due to the COVID-19 Pandemic. Specifically, Debtor works for a car dealership and was essentially shut down since the start of this COVID crisis. He is only now starting to receive unemployment checks. Without some relief Debtors will not be able to meet all my monthly expenses.

**Part 2:    Adequate Protection ☒ NONE**

    a. Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

    b. Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

**Part 3:   Priority Claims (Including Administrative Expenses)**

a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| MINION & SHERMAN | Attorney's Fees | $1,750.00 (balance of original retainer) + $1,200.00 in estimated Supplemental fees (subject court approval |
| INTERNAL REVENUE SERVICE | TAXES (pre-petition)<br>TAXES (2019) | $46,956.17<br>$13,224.00 |
| STATE OF NEW JERSEY | TAXES (pre-petition)<br>TAXES (2019) | $ 7.728.99<br>$ 2,185.00 |

b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
Check one:

☒ None

☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|

| | | | |
|---|---|---|---|
| | | | |

**Part 4:    Secured Claims**

  **a. Curing Default and Maintaining Payments on Principal Residence:** ☐ **NONE**

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| Mr. Cooper f/k/a Nationstar Mortgage (1st Mortgage) | 21 Myrtle Ave. Caldwell, NJ 07006 | $56,556.63 (pre-petition arrears) + $11, 561.69 (post-petition arrears through May, 2020 as per Consent Order) | n/a | $56,556.63 (pre-petition arrears) + $11, 561.69 (post-petition arrears through May, 2020 as per Consent Order) | As per terms of note and mortgage |

**b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears:** ☒ **NONE**

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| | | | | | |

**c. Secured claims excluded from 11 U.S.C. 506:** ☒ **NONE**

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
|  |  |  |  |  |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments ☐ NONE**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
| Allegacy Federal Credit Union (2nd Mortgage) | 21 Myrtle Ave. Caldwell, NJ 07006 | $90,000.00 | $480,000 | $534,326.70 | $0.00 | n/a | $0.00 |
| Internal Revenue Service | 21 Myrtle Ave., Caldwell, NJ & Personal Property | $55,000.00 | $480,000 (real property) $22,210.00 (personal property) | $534,326.70 (on real property) $2,989.87 (on personal property) | $0.00 (on real property) $19,220.13 (on personal property) | n/a n/a | $0.00 **$19,220.13 (as secured)** |
| State of New Jersey - Division of Taxation | 21 Myrtle Ave. Caldwell, NJ 07006 | $10,638.58 (per POC Claim #22-1) | $480,000 (real property) $22,210.00 (personal property) | $589,326.70 (on real property) $0.00 (on personal property) | $0.00 (on real property) $19,220.13 (on personal property) | n/a n/a | **$2,989.87 (as a secured claim)** |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

### e. Surrender  ☒ NONE

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
|  |  |  |  |

### f. Secured Claims Unaffected by the Plan ☐ NONE

The following secured claims are unaffected by the Plan:

ALLY FINANCIAL (PMSI on 2016 VW Jetta)

### g. Secured Claims to be Paid in Full Through the Plan:  ☒ NONE

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|
|  |  |  |

### Part 5:    Unsecured Claims  ☐ NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $ _____ to be distributed *pro rata*

☐ Not less than _____ percent

☒ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|

| Student Loans | Non Dischargeable | To be paid outside plan as per agreement | Amount to be paid as per agreement |
|---|---|---|---|
|  |  |  |  |

**Part 6:    Executory Contracts and Unexpired Leases  ☐ NONE**

(NOTE:  See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
| American Honda Finance | $0.00 | 2017 Honda Accord | Rejected | $320.00 |
| Toyota Motor Credit | $0.00 | Lexus RS 350 | Assumed | $770.00 |

**Part 7:    Motions  ☐ NONE**

**NOTE:  All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service*, *Notice of Chapter 13 Plan Transmittal and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

   a. Motion to Avoid Liens Under 11. U.S.C. Section 522(f).   ☒ NONE

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

**b. Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ☐ **NONE**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
| Allegacy Federal Credit Union (2nd Mortgage) | 21 Myrtle Ave. Caldwell, NJ 07006 | $90,000.00 | $480,000.00 | $534,326.70 | $0.00 | Entire Lien estimated to be $90,000.00 |

**c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☐ **NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|

| Internal Revenue Service | 21 Myrtle Ave., Caldwell, NJ & Personal Property | $55,000.00 | $480,000 (real property) $22,210.00 (personal property) | $19,220.13 | Balance of Lien estimated to be $35,779.87 |
|---|---|---|---|---|---|
| State of New Jersey – Division of Taxation | 21 Myrtle Ave., Caldwell, NJ & Personal Property | $10,638.58 (as per POC) | $480,000 (real property) $22,210.00 (personal property) | $2,989.87 | $7,648.71 to be reclassified as unsecured priority and is included in the amount being paid to NJ Tax at part 3 of this modified plan |

**Part 8:    Other Plan Provisions**

### a. Vesting of Property of the Estate

☒ Upon confirmation

☐ Upon discharge

### b. Payment Notices

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

### c. Order of Distribution

The Standing Trustee shall pay allowed claims in the following order:

1) Ch. 13 Standing Trustee commissions
2) Attorney's Fees
3) Priority Claims
4) Secured Claims
5) General Unsecured Claims

### d. Post-Petition Claims

The Standing Trustee ☒ is, ☐ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9:  Modification  ☐ NONE

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified:  7/5/2019

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| The plan is being modified because Debtor has experienced a material financial hardship directly due to the COVID-19 Pandemic.  See Part 1.f of plan. | The plan is being modified to extend plan by 2 years for a total of 7 years for the sole purpose of lowering monthly plan payment. |
| We also owe taxes for the 2019 tax year for both Federal and State. | The plan is being modified to add post-petition taxes owed to the IRS and State of NJ |

| | | | |
|---|---|---|---|
| Are Schedules I and J being filed simultaneously with this Modified Plan? | ☐ Yes | ☒ No | |

**Part 10:    Non-Standard Provision(s): Signatures Required**

Non-Standard Provisions Requiring Separate Signatures:

☒ NONE

☐ Explain here:

Any non-standard provisions placed elsewhere in this plan are ineffective.

**Signatures**

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to Local Form, *Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true

Date:  6/1/2020                              /s/ Scott D. Sherman
                                             Attorney for the Debtor

Date:  5/28/2020                             /s/ Steven Lapidus
                                             Debtor

Date:   5/28/2020                            /s/ Eleonora Lapidus
                                             Joint Debtor

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 19-15385-SLM
Steven H Lapidus                                                Chapter 13
Eleonora Lapidus
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 3              Date Rcvd: Jun 02, 2020
                              Form ID: pdf901          Total Noticed: 82

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 04, 2020.
```
db/jdb         +Steven H Lapidus,    Eleonora Lapidus,    21 Myrtle Ave,    Caldwell, NJ 07006-5009
cr             +American Honda Finance Corporation, administrator,     P.O. Box 168088,    Irving, TX 75016-8088
cr             +U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR LEH,     RAS Crane, LLC,
                10700 Abbotts Bridge Road, Suite 170,     Duluth, GA 30097-8461
518348960      +Allegacy Federal Credit Union,     1691 Westbrook Plaza,    Winston Salem, NC 27103-2993
518123894      +Associates in Otolaryngology,     741 Northfield Avenue, Ste. 104,    West Orange, NJ 07052-1104
518123895       BCA Financial Services,     18001 Old Cutler Road,    Suite 462,    Miami, FL 33157-6437
518123896      +Best Care Laboratory, LLC,     C/O Laboratory Billing Solutions,    195 New Hampshire Ave,
                Suite 150,    Portsmouth, NH 03801-7836
518123898      +CC Holdings,    Attn: Card Services,    Po Box 9201,    Old Bethpage, NY 11804-9001
518195756       Capital One, N.A.,    c/o Becket and Lee LLP,     PO Box 3001,    Malvern PA 19355-0701
518123900      +Counsyl, Inc.,    PO Box 748385,    Los Angeles, CA 90074-8385
518123904      +EMA,   St. Barnabas Emergency Medical Associate,     PO Box 6251,    Parsippany, NJ 07054-7251
518123905      +FedLoan Servicing,    Attn: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
518123908      +Higher Education Student Assistance Auth,     Hesaa Servicing/Attn: Bankruptcy,    Po Box 548,
                Trenton, NJ 08625-0548
518123909      +Imaging Consultants of Essex,     PO Box 3247,    Indianapolis, IN 46206-3247
518123913      +Legacy Federal Credit Union,     1400 South 20th Street,    Birmingham, AL 35205-4914
518123914       Livingston Pathology Assoicate,     520 E 22 nd Street,    Lombard, IL 60148-6110
518123916      +Mercury/FBT,    2220 6th St,    Brookings, SD 57006-2403
518123918      +Mr. Cooper,    8950 Cypress Waters Blvd.,    Coppell, TX 75019-4620
518123919     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage,      350 Highland Drive,    Lewisville, TX 75067)
518525812      +NJCLASS,    PO BOX 548,    TRENTON, NJ 08625-0548
518123920      +Nationstar Mortgage,    PO Box 619094,    Dallas, TX 75261-9094
518123922       Pathology Solutions LLC,    Church St Station,     PO Box 3821,    New York, NY 10008-3821
518123926      +Premier Family Medical PC,     73 Bloomfield Ave,    1,   Caldwell, NJ 07006-5311
518180590      +RAS CRANE, LLC,    BANKRUPTCY DEPARTMENT,    10700 ABBOTT'S BRIDGE ROAD, SUITE 170,
                DULUTH, GA 30097-8461
518123927       RENEX,    307 Wall Street,    Princeton, NJ 08540-1515
518123929       SBMC Multi Specialty-OBS,    PO Box 8000, Dept 624,     Buffalo, NY 14267-0002
518123934     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,     PO BOX 245,
                TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,      Division of Taxation,    50 Barrack Street,
                PO Box 269,    Trenton, NJ 08695)
518123931      +Shapiro & Denardo, LLC,    14000 Commerce Parkway,     Suite B,    Mount Laurel, NJ 08054-2242
518309798       State of New Jersey/Division of Taxation,     PO Box 245,    Trenton, NJ 08695-0245
518123935       Summit Medical Group,    Attn#8549X,    PO Box 14000,    Belfast, ME 04915-4033
518147337      +Summit Medical Group,    Attn: Simon's Agency Inc.,     PO Box 5026,    Syracuse, NY 13220-5026
518123940     ++TOYOTA MOTOR CREDIT CORPORATION,     PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Motor Credit Co,      Toyota Financial Services,    Po Box 8026,
                Cedar Rapids, IA 52408)
518123938       Target,    Target Card Services,    Mail Stop NCB-0461,    Minneapolis, MN 55440
518123939      +The Doctor's Office of West Caldwell,     PO Box 870,    Newburgh, NY 12551-0870
518738578       Toyota Lease Trust,    c/o Becket and Lee LLP,     PO Box 3001,    Malvern  PA 19355-0701
518254861      +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,     PO Box 9013,
                Addison, Texas 75001-9013
518261159      +U.S. Bank National Association,     Nationstar Mortgage LLC d/b/a Mr. Cooper,
                ATTN: Bankruptcy Dept,    PO Box 619096,    Dallas, TX 75261-9096
518452643       US Department of Education,     P O Box 16448,    St Paul, MN 55116-0448
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 02 2020 23:35:48      U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 02 2020 23:35:44      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
cr             +E-mail/PDF: gecsedi@recoverycorp.com Jun 02 2020 23:41:54
                Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,   Norfolk, VA 23541-1021
518123892       E-mail/Text: ebnbankruptcy@ahm.honda.com Jun 02 2020 23:35:56      American Honda Finance,
                Attn: Bankruptcy,   Po Box 168088,    Irving, TX 75016
518161501       E-mail/Text: ebnbankruptcy@ahm.honda.com Jun 02 2020 23:35:56
                American Honda Finance Corporation,    National Bankruptcy Center,   P.O. Box 168088,
                Irving, TX 75016-8088
518505810       E-mail/Text: ally@ebn.phinsolutions.com Jun 02 2020 23:34:36      Ally Capital,   PO Box 130424,
                Roseville, MN 55113-0004
518123891      +E-mail/Text: ally@ebn.phinsolutions.com Jun 02 2020 23:34:36      Ally Financial,   PO Box 8140,
                Cockeysville, MD 21030-8140
518182200      +E-mail/Text: bankruptcy@sccompanies.com Jun 02 2020 23:34:22      Amerimark,
                c/o Creditors Bankruptcy Service,    P.O. Box 800849,   Dallas, TX 75380-0849
518123893      +E-mail/Text: bankruptcy@sccompanies.com Jun 02 2020 23:34:22      Amerimark Premier,
                AmeriMark Customer Service,    6864 Engle Road,   Cleveland, OH 44130-7910
```

```
District/off: 0312-2          User: admin                  Page 2 of 3                  Date Rcvd: Jun 02, 2020
                              Form ID: pdf901              Total Noticed: 82


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518163937      E-mail/PDF: MerrickBKNotifications@Resurgent.com Jun 02 2020 23:41:54
                 CW Nexus Credit Card Holdings l, LLC,   Resurgent Capital Services,   PO Box 10368,
                 Greenville, SC 29603-0368
518123897     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 02 2020 23:40:42      Capital One,
                 Attn: Bankruptcy,    Po Box 30285,   Salt Lake City, UT 84130-0285
518158055     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 02 2020 23:41:39
                 Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
518123899     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 02 2020 23:35:23      Comenitybank/fllbeauty,
                 Po Box 182789,    Columbus, OH 43218-2789
518123902     +E-mail/PDF: pa_dc_ed@navient.com Jun 02 2020 23:42:16      Dept of Ed / Navient,   Po Box 9635,
                 Wilkes Barre, PA 18773-9635
518123901     +E-mail/PDF: pa_dc_ed@navient.com Jun 02 2020 23:40:48      Dept of Ed / Navient,
                 Attn: Claims Dept,    Po Box 9635,   Wilkes Barr, PA 18773-9635
518123903     +E-mail/Text: bankruptcy@sccompanies.com Jun 02 2020 23:34:22
                 Dr Leonard's/Carol Wright Gifts,   Po Box 7823,   Edison, NJ 08818-7823
518182203     +E-mail/Text: bankruptcy@sccompanies.com Jun 02 2020 23:34:22      Dr Leonards Shop Now,
                 c/o Creditors Bankruptcy Service,    P.O. Box 800849,   Dallas, TX 75380-0849
518123906     +E-mail/Text: bankruptcy@firstelectronic.com Jun 02 2020 23:36:29      First Electronic Bank,
                 Attn: Bankruptcy,    Po Box 521271,   Salt Lake City, UT 84152-1271
518190301     +E-mail/Text: bankruptcy@sccompanies.com Jun 02 2020 23:36:33      Ginny's,
                 c/o Creditors Bankruptcy Service,    P.O. Box 800849,   Dallas, TX 75380-0849
518123907     +E-mail/Text: bankruptcy@sccompanies.com Jun 02 2020 23:36:33      Ginnys/Swiss Colony Inc,
                 Attn: Credit Department,    Po Box 2825,   Monroe, WI 53566-8025
518190300     +E-mail/Text: bankruptcy@sccompanies.com Jun 02 2020 23:36:33      Home At Five,
                 c/o Creditors Bankruptcy Service,    P.O. Box 800849,   Dallas, TX 75380-0849
518123910      E-mail/Text: sbse.cio.bnc.mail@irs.gov Jun 02 2020 23:35:06      Internal Revenue Service,
                 955 S. Springfield Ave.,    Springfield, NJ 07081
518182202     +E-mail/Text: bankruptcy@sccompanies.com Jun 02 2020 23:34:22      K. Jordan,
                 c/o Creditors Bankruptcy Service,    P.O. Box 800849,   Dallas, TX 75380-0849
518123912     +E-mail/Text: bncnotices@becket-lee.com Jun 02 2020 23:34:50      Kohls/Capital One,
                 Kohls Credit,    Po Box 3120,   Milwaukee, WI 53201-3120
518140965      E-mail/PDF: resurgentbknotifications@resurgent.com Jun 02 2020 23:41:33      LVNV Funding LLC,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC   29603-0587
518123915     +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 02 2020 23:40:51
                 LVNV Funding/Resurgent Capital,    Attn: Bankruptcy,   Po Box 10497,
                 Greenville, SC 29603-0497
518123917     +E-mail/Text: bankruptcy@sccompanies.com Jun 02 2020 23:36:33      Monroe & Main,
                 1112 7th Avenue,    Monroe, WI 53566-1364
518190302     +E-mail/Text: bankruptcy@sccompanies.com Jun 02 2020 23:36:33      Monroe & Main,
                 c/o Creditors Bankruptcy Service,    P.O. Box 800849,   Dallas, TX 75380-0849
518262693      E-mail/PDF: pa_dc_claims@navient.com Jun 02 2020 23:42:13
                 Navient Solutions, LLC on behalf of,   Department of Education Loan Services,   PO BOX 9635,
                 Wilkes-Barre, PA 18773-9635
518262164      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 02 2020 23:40:45
                 Portfolio Recovery Associates, LLC,   c/o Amazon.com Store Card,   POB 41067,
                 Norfolk VA 23541
518263325      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 02 2020 23:42:10
                 Portfolio Recovery Associates, LLC,   c/o Care Credit,   POB 41067,   Norfolk VA 23541
518123923     +E-mail/Text: recovery@paypal.com Jun 02 2020 23:34:27      Pay Pal,   2211 N/ 1st Street,
                 San Jose, CA 95131-2021
518123924     +E-mail/PDF: gecsedi@recoverycorp.com Jun 02 2020 23:41:09      PayPal,   PO Box 105658,
                 Atlanta, GA 30348-5658
518123925     +E-mail/PDF: gecsedi@recoverycorp.com Jun 02 2020 23:41:09      PayPal Credit,   PO Box 5018,
                 Lutherville Timonium, MD 21094-5018
518231590      E-mail/Text: bnc-quantum@quantum3group.com Jun 02 2020 23:35:37
                 Quantum3 Group LLC as agent for,   Genesis Consumer Funding LLC,   PO Box 788,
                 Kirkland, WA  98083-0788
518252245      E-mail/Text: bnc-quantum@quantum3group.com Jun 02 2020 23:35:37
                 Quantum3 Group LLC as agent for,   Comenity Bank,   PO Box 788,   Kirkland, WA  98083-0788
518123928     +E-mail/Text: ebn@rwjbh.org Jun 02 2020 23:36:10      Saint Barnabas Medical Center,
                 PO Box 29960,    New York, NY 10087-9960
518123930     +E-mail/Text: bankruptcy@sccompanies.com Jun 02 2020 23:36:33      Seventh Avenue,
                 Attn: Bankruptcy Dept,    1112 7th Ave,   Monroe, WI 53566-1364
518123933     +E-mail/Text: clientservices@simonsagency.com Jun 02 2020 23:36:21      Simons Agency, Inc.,
                 4963 Wintersweet Dr,    Liverpool, NY 13088-2176
518123932     +E-mail/Text: clientservices@simonsagency.com Jun 02 2020 23:36:21      Simons Agency, Inc.,
                 Attn: Bankruptcy,    4963 Wintersweet Dr.,   Liverpool, NY 13088-2176
518182201     +E-mail/Text: bankruptcy@sccompanies.com Jun 02 2020 23:34:22      Stoneberry,
                 c/o Creditors Bankruptcy Service,    P.O. Box 800849,   Dallas, TX 75380-0849
518127585     +E-mail/PDF: gecsedi@recoverycorp.com Jun 02 2020 23:41:10      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
518123936     +E-mail/PDF: gecsedi@recoverycorp.com Jun 02 2020 23:40:32      Synchrony Bank/Amazon,
                 Attn: Bankruptcy Dept,    Po Box 965060,   Orlando, FL 32896-5060
518123937     +E-mail/PDF: gecsedi@recoverycorp.com Jun 02 2020 23:41:56      Synchrony Bank/Care Credit,
                 Attn: Bankruptcy Dept,    Po Box 965061,   Orlando, FL 32896-5061
                                                                                              TOTAL: 44
```

```
District/off: 0312-2          User: admin              Page 3 of 3              Date Rcvd: Jun 02, 2020
                              Form ID: pdf901          Total Noticed: 82

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518180589         U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR LEH
518123911*        Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
518123921*      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                  (address filed with court: Nationstar Mortgage, LLC,    PO Box 630267,    Irving, TX 75063)
                                                                                       TOTALS: 1, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 1, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Elizabeth L. Wassall    on behalf of Creditor    Lehman XS Trust Mortgage Pass-Through Certificate,
               Series 2007-2N, U.S. Bank National Association, as Trustee ewassall@logs.com,
               njbankruptcynotifications@logs.com
              John R. Morton, Jr.    on behalf of Creditor    American Honda Finance Corporation, administrator
               for Honda Lease Trust ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
              Kevin Gordon McDonald    on behalf of Creditor    Toyota Lease Trust kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Laura M. Egerman    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR LEHMAN
               XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-2N bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Scott D. Sherman    on behalf of Joint Debtor Eleonora   Lapidus ssbankruptcy@minionsherman.com
              Scott D. Sherman    on behalf of Debtor Steven H Lapidus ssbankruptcy@minionsherman.com
              Sindi   Mncina    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR LEHMAN XS
               TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-2N smncina@rascrane.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
              Valerie A. Hamilton    on behalf of Creditor    New Jersey Division of Taxation
               Valerie.Hamilton@law.njoag.gov
                                                                                             TOTAL: 11
```