| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-2(c) | |
| Scott D. Sherman, Esq.<br>Minion & Sherman<br>33 Clinton Road - Suite 105<br>West Caldwell, New Jersey 07006<br>phone 973-882-2424<br>fax 973-882-0856<br>ssherman@minionsherman.com | |
| In Re:<br>STEVEN LAPIDUS<br>ELEONORA LAPIDUS<br><br>DEBTORS | |

Order Filed on July 8, 2020
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| Case No.: | 19-15385 |
| Chapter: | 13 |
| Judge: | MEISEL |

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 8, 2020**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____MINION & SHERMAN_____, the applicant, is allowed a fee of $ _____1,100.00_____ for services rendered and expenses in the amount of $_____31.00_____ for a total of $_____1,131.00_____ . The allowance shall be payable:

- ☒ through the Chapter 13 plan as an administrative priority.
- ☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____N/A_____ per month for _____N/A_____ months to allow for payment of the aforesaid fee.

*Revised 10/3/02*

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 19-15385-SLM
Steven H Lapidus                                                        Chapter 13
Eleonora Lapidus
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Jul 08, 2020
                        Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 10, 2020.
db/jdb         +Steven H Lapidus,   Eleonora Lapidus,   21 Myrtle Ave,   Caldwell, NJ 07006-5009

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2020                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 8, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Elizabeth L. Wassall    on behalf of Creditor    Lehman XS Trust Mortgage Pass-Through Certificate,
               Series 2007-2N, U.S. Bank National Association, as Trustee ewassall@logs.com,
               njbankruptcynotifications@logs.com
              John R. Morton, Jr.    on behalf of Creditor    American Honda Finance Corporation, administrator
               for Honda Lease Trust ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
              Kevin Gordon McDonald    on behalf of Creditor    Toyota Lease Trust kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Laura M. Egerman    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR LEHMAN
               XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-2N bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Scott D. Sherman    on behalf of Debtor Steven H Lapidus ssbankruptcy@minionsherman.com
              Scott D. Sherman    on behalf of Joint Debtor Eleonora  Lapidus ssbankruptcy@minionsherman.com
              Sindi  Mncina    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR LEHMAN XS
               TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-2N smncina@rascrane.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
              Valerie A. Hamilton    on behalf of Creditor    New Jersey Division of Taxation
               Valerie.Hamilton@law.njoag.gov
                                                                                             TOTAL: 11