| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>CXE 18-022052<br>Shapiro & DeNardo, LLC<br>14000 Commerce Parkway, Suite B<br>Mount Laurel, NJ 08054<br>(856) 793-3080<br>ATTORNEYS FOR LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATE, SERIES 2007-2N, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE | Order Filed on July 14, 2020<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br><br>STEVEN H LAPIDUS AND ELEONORA LAPIDUS AKA ELLIE LAPIDUS, DEBTORS | CASE NO.: 19-15385-SLM<br><br>JUDGE: HONORABLE STACEY L. MEISEL<br><br>Chapter: 13 |

## CONSENT ORDER RESOLVING MOTION TO VACATE STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: July 14, 2020**

*/s/ Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

This matter being opened to the Court by Shapiro & DeNardo, LLC, Attorneys for Lehman XS Trust Mortgage Pass-Through Certificate, Series 2007-2N, U.S. Bank National Association, as Trustee, hereinafter "Secured Creditor", upon the filing of a Notice of Motion for an Order Vacating Stay in a Chapter 13 Case for failure of the Debtors to make post-petition payments on a mortgage obligation and due notice of said Motion and the supporting Certification having been given by mail to the Trustee, the Debtors and the attorney for the Debtors, if any AND CONSENT OF THE PARTIES APPEARING HEREON and for good cause shown,

1. Debtors are currently delinquent in post-petition payments for the months of February 1, 2020 through May 1, 2020 in the total amount of $12,234.80, less a suspense of $673.11, for a total amount of $11,561.69.

2. Debtor agrees to capitalize the post-petition delinquency outlined in Paragraph one (1) above, $11,561.69, to be paid through the remaining Chapter 13 Plan.

3. Starting June 1, 2020, Debtor also agrees to maintain all contractually due payments, which currently amount to $3,078.87 monthly.

4. Payments should be submitted to the Secured Creditor via Certified Check to the below address:

Nationstar Mortgage, LLC dba Mr. Cooper
PO Box 619094
Dallas, TX 75261-9741

5. Debtors shall reimburse Secured Creditor $350.00 in attorney fees and $181.00 in court costs through his/her Chapter 13 Plan of Reorganization. The Trustee shall amend his/her records to reflect same.

6. If the Debtor(s) fails to make any payments detailed in this Consent Order within thirty (30) days of the date the payments are due, or if any of the funds paid fail to clear for insufficient funds or are dishonored for any reason, then the Secured Creditor may send Debtor and Debtor's Counsel a written notice of default of this Consent Order. If the default is not cured within ten (10) days of such notice, Mortgagee may obtain an Order Vacating the Automatic Stay as to the Collateral by submitting a Certification of Default to the Bankruptcy Court, specifying the Debtor(s) failure to comply with this Consent Order, with a copy of any application, supporting certification, and proposed Order to be served on the Chapter 13 Standing Trustee, Debtor(s) Counsel and Debtor(s) as required by the local bankruptcy rules.

We hereby consent to the form, content,
and entry of the within Order.

Shapiro & DeNardo, LLC

/s/Elizabeth L. Wassall                                    Date: 5-19-2020
Elizabeth L. Wassall, Esquire
Attorney for the Secured Creditor


                                                           Date: 5/14/2020
Scott D. Sherman, Esquire
Attorney for the Debtors