UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

CXE 18-022052
Shapiro & DeNardo, LLC
14000 Commerce Parkway, Suite B
Mount Laurel, NJ 08054
(856) 793-3080
ATTORNEYS FOR LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATE, SERIES 2007-2N, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE

**Order Filed on July 14, 2020
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

IN RE:

STEVEN H LAPIDUS AND ELEONORA LAPIDUS AKA ELLIE LAPIDUS, DEBTORS

CASE NO.: 19-15385-SLM

JUDGE: HONORABLE STACEY L. MEISEL

Chapter: 13

## CONSENT ORDER RESOLVING MOTION TO VACATE STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: July 14, 2020**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

This matter being opened to the Court by Shapiro & DeNardo, LLC, Attorneys for Lehman XS Trust Mortgage Pass-Through Certificate, Series 2007-2N, U.S. Bank National Association, as Trustee, hereinafter "Secured Creditor", upon the filing of a Notice of Motion for an Order Vacating Stay in a Chapter 13 Case for failure of the Debtors to make post-petition payments on a mortgage obligation and due notice of said Motion and the supporting Certification having been given by mail to the Trustee, the Debtors and the attorney for the Debtors, if any AND CONSENT OF THE PARTIES APPEARING HEREON and for good cause shown,

1. Debtors are currently delinquent in post-petition payments for the months of February 1, 2020 through May 1, 2020 in the total amount of $12,234.80, less a suspense of $673.11, for a total amount of $11,561.69.

2. Debtor agrees to capitalize the post-petition delinquency outlined in Paragraph one (1) above, $11,561.69, to be paid through the remaining Chapter 13 Plan.

3. Starting June 1, 2020, Debtor also agrees to maintain all contractually due payments, which currently amount to $3,078.87 monthly.

4. Payments should be submitted to the Secured Creditor via Certified Check to the below address:

Nationstar Mortgage, LLC dba Mr. Cooper
PO Box 619094
Dallas, TX 75261-9741

5. Debtors shall reimburse Secured Creditor $350.00 in attorney fees and $181.00 in court costs through his/her Chapter 13 Plan of Reorganization. The Trustee shall amend his/her records to reflect same.

6. If the Debtor(s) fails to make any payments detailed in this Consent Order within thirty (30) days of the date the payments are due, or if any of the funds paid fail to clear for insufficient funds or are dishonored for any reason, then the Secured Creditor may send Debtor and Debtor's Counsel a written notice of default of this Consent Order. If the default is not cured within ten (10) days of such notice, Mortgagee may obtain an Order Vacating the Automatic Stay as to the Collateral by submitting a Certification of Default to the Bankruptcy Court, specifying the Debtor(s) failure to comply with this Consent Order, with a copy of any application, supporting certification, and proposed Order to be served on the Chapter 13 Standing Trustee, Debtor(s) Counsel and Debtor(s) as required by the local bankruptcy rules.

We hereby consent to the form, content,
and entry of the within Order.

Shapiro & DeNardo, LLC

/s/Elizabeth L. Wassall                                                Date: 5-19-2020
Elizabeth L. Wassall, Esquire
Attorney for the Secured Creditor


                                                                       Date: 5/19/2020
Scott D. Sherman, Esquire
Attorney for the Debtors

United States Bankruptcy Court
District of New Jersey

In re:  
Steven H Lapidus  
Eleonora Lapidus  
       Debtors

Case No. 19-15385-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Jul 14, 2020  
                        Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2020.  
db/jdb        +Steven H Lapidus,    Eleonora Lapidus,    21 Myrtle Ave,    Caldwell, NJ 07006-5009

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                     TOTAL: 0

***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2020                                                                 Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2020 at the address(es) listed below:

           Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
           Elizabeth L. Wassall    on behalf of Creditor    Lehman XS Trust Mortgage Pass-Through Certificate, Series 2007-2N, U.S. Bank National Association, as Trustee ewassall@logs.com, njbankruptcynotifications@logs.com  
           John R. Morton, Jr.    on behalf of Creditor    American Honda Finance Corporation, administrator for Honda Lease Trust ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
           Kevin Gordon McDonald    on behalf of Creditor    Toyota Lease Trust kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
           Laura M. Egerman    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-2N bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com  
           Marie-Ann Greenberg    magecf@magtrustee.com  
           Scott D. Sherman    on behalf of Debtor Steven H Lapidus ssbankruptcy@minionsherman.com  
           Scott D. Sherman    on behalf of Joint Debtor Eleonora Lapidus ssbankruptcy@minionsherman.com  
           Sindi Mncina    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-2N smncina@rascrane.com  
           U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
           Valerie A. Hamilton    on behalf of Creditor    New Jersey Division of Taxation Valerie.Hamilton@law.njoag.gov

                                                                                                                                    TOTAL: 11