Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−15385−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Steven H Lapidus
21 Myrtle Ave
Caldwell, NJ 07006

Eleonora Lapidus
aka Ellie Lapidus
21 Myrtle Ave
Caldwell, NJ 07006

Social Security No.:
   xxx−xx−4683

xxx−xx−6183

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 1/13/21 at 10:00 AM

to consider and act upon the following:

**71** − Creditor's Certification of Default (related document:66 Order on Motion For Relief From Stay) filed by Kathleen M. Magoon on behalf of Lehman XS Trust Mortgage Pass−Through Certificate, Series 2007−2N, U.S. Bank National Association, as Trustee. Objection deadline is 12/17/2020. (Attachments: # 1 Proposed Order # 2 Exhibit # 3 Certificate of Service) (Magoon, Kathleen)

**72** − Certification in Opposition to (related document:71 Creditor's Certification of Default (related document:66 Order on Motion For Relief From Stay) filed by Kathleen M. Magoon on behalf of Lehman XS Trust Mortgage Pass−Through Certificate, Series 2007−2N, U.S. Bank National Association, as Trustee. Objection deadline is 12/17/2020. (Attachments: # 1 Proposed Order # 2 Exhibit # 3 Certificate of Service) filed by Creditor Lehman XS Trust Mortgage Pass−Through Certificate, Series 2007−2N, U.S. Bank National Association, as Trustee) filed by Scott D. Sherman on behalf of Eleonora Lapidus, Steven H Lapidus. (Sherman, Scott)

Dated: 12/7/20

Jeanne Naughton
Clerk, U.S. Bankruptcy Court