Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.: 19−15385−SLM
                Chapter: 13
                Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Steven H Lapidus                                       Eleonora Lapidus
   21 Myrtle Ave                                           aka Ellie Lapidus
   Caldwell, NJ 07006                          21 Myrtle Ave
                                                              Caldwell, NJ 07006

Social Security No.:
   xxx−xx−4683                                               xxx−xx−6183
Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 1/13/21 at 10:00 AM

to consider and act upon the following:

*71* − Creditor's Certification of Default (related document:66 Order on Motion For Relief From Stay) filed by Kathleen M. Magoon on behalf of Lehman XS Trust Mortgage Pass−Through Certificate, Series 2007−2N, U.S. Bank National Association, as Trustee. Objection deadline is 12/17/2020. (Attachments: # 1 Proposed Order # 2 Exhibit # 3 Certificate of Service) (Magoon, Kathleen)

*72* − Certification in Opposition to (related document:71 Creditor's Certification of Default (related document:66 Order on Motion For Relief From Stay) filed by Kathleen M. Magoon on behalf of Lehman XS Trust Mortgage Pass−Through Certificate, Series 2007−2N, U.S. Bank National Association, as Trustee. Objection deadline is 12/17/2020. (Attachments: # 1 Proposed Order # 2 Exhibit # 3 Certificate of Service) filed by Creditor Lehman XS Trust Mortgage Pass−Through Certificate, Series 2007−2N, U.S. Bank National Association, as Trustee) filed by Scott D. Sherman on behalf of Eleonora Lapidus, Steven H Lapidus. (Sherman, Scott)

Dated: 12/7/20

                                                                           Jeanne Naughton
                                                                            Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:  
Steven H Lapidus  
Eleonora Lapidus  
    Debtor(s)

Case No. 19-15385-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 07, 2020 | Form ID: ntchrgbk | Total Noticed: 4 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 09, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Steven H Lapidus, Eleonora Lapidus, 21 Myrtle Ave, Caldwell, NJ 07006-5009 |
| cr | + | American Honda Finance Corporation, administrator, P.O. Box 168088, Irving, TX 75016-8088 |
| cr | + | U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR LEH, RAS Crane, LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Dec 07 2020 22:07:20 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |

TOTAL: 1

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**  
NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2020    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 7, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | |
| | on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | |

| | |
|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Dec 07, 2020 | Form ID: ntchrgbk | Total Noticed: 4 |

| | |
|---|---|
| | on behalf of Creditor Lehman XS Trust Mortgage Pass-Through Certificate  Series 2007-2N, U.S. Bank National Association, as Trustee ewassall@logs.com, njbankruptcynotifications@logs.com |
| John R. Morton, Jr. | |
| | on behalf of Creditor American Honda Finance Corporation  administrator for Honda Lease Trust ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| Kathleen M. Magoon | |
| | on behalf of Creditor Lehman XS Trust Mortgage Pass-Through Certificate  Series 2007-2N, U.S. Bank National Association, as Trustee kmagoon@logs.com, kathleenmagoon@gmail.com |
| Kevin Gordon McDonald | |
| | on behalf of Creditor Toyota Lease Trust kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Laura M. Egerman | |
| | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  AS TRUSTEE FOR LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-2N bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com |
| Marie-Ann Greenberg | |
| | magecf@magtrustee.com |
| Scott D. Sherman | |
| | on behalf of Debtor Steven H Lapidus ssherman@minionsherman.com |
| Scott D. Sherman | |
| | on behalf of Joint Debtor Eleonora Lapidus ssherman@minionsherman.com |
| Sindi Mncina | |
| | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  AS TRUSTEE FOR LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-2N smncina@rascrane.com |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |
| Valerie A. Hamilton | |
| | on behalf of Creditor New Jersey Division of Taxation Valerie.Hamilton@law.njoag.gov |

TOTAL: 12