Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.: 19−15385−SLM
                Chapter: 13
                Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Steven H Lapidus                        Eleonora Lapidus
   21 Myrtle Ave                             aka Ellie Lapidus
   Caldwell, NJ 07006                21 Myrtle Ave
                                      Caldwell, NJ 07006

Social Security No.:
   xxx−xx−4683                             xxx−xx−6183

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

     NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on November 3, 2022.

Dated: November 3, 2022
JAN: ntp

                                                                            Jeanne Naughton
                                                                            Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-15385-SLM |
| Steven H Lapidus | Chapter 13 |
| Eleonora Lapidus | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 5 |
| Date Rcvd: Nov 03, 2022 | Form ID: plncf13 | Total Noticed: 85 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 05, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Steven H Lapidus, Eleonora Lapidus, 21 Myrtle Ave, Caldwell, NJ 07006-5009 |
| 518348960 | + | Allegacy Federal Credit Union, 1691 Westbrook Plaza, Winston Salem, NC 27103-2993 |
| 518123894 | + | Associates in Otolaryngology, 741 Northfield Avenue, Ste. 104, West Orange, NJ 07052-1104 |
| 518123896 | + | Best Care Laboratory, LLC, C/O Laboratory Billing Solutions, 195 New Hampshire Ave, Suite 150, Portsmouth, NH 03801-7836 |
| 518123898 | + | CC Holdings, Attn: Card Services, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 518123900 | + | Counsyl, Inc., PO Box 748385, Los Angeles, CA 90074-8385 |
| 518123904 | + | EMA, St. Barnabas Emergency Medical Associate, PO Box 6251, Parsippany, NJ 07054-7251 |
| 518123908 | + | Higher Education Student Assistance Auth, Hesaa Servicing/Attn: Bankruptcy, Po Box 548, Trenton, NJ 08625-0548 |
| 518123909 | + | Imaging Consultants of Essex, PO Box 3247, Indianapolis, IN 46206-3247 |
| 518123913 | + | Legacy Federal Credit Union, 1400 South 20th Street, Birmingham, AL 35205-4914 |
| 518123914 | | Livingston Pathology Assoicate, 520 E 22 nd Street, Lombard, IL 60148-6110 |
| 518525812 | + | NJCLASS, PO BOX 548, TRENTON, NJ 08625-0548 |
| 518123922 | | Pathology Solutions LLC, Church St Station, PO Box 3821, New York, NY 10008-3821 |
| 518123926 | + | Premier Family Medical PC, 73 Bloomfield Ave, 1, Caldwell, NJ 07006-5311 |
| 518123927 | | RENEX, 307 Wall Street, Princeton, NJ 08540-1515 |
| 518123929 | | SBMC Multi Specialty-OBS, PO Box 8000, Dept 624, Buffalo, NY 14267-0002 |
| 518123931 | + | Shapiro & Denardo, LLC, 14000 Commerce Parkway, Suite B, Mount Laurel, NJ 08054-2242 |
| 518123934 | + | State of New Jersey, Division of Taxation, 50 Barrack Street, PO Box 269, Trenton, NJ 08695-0269 |
| 518147337 | + | Summit Medical Group, Attn: Simon's Agency Inc., PO Box 5026, Syracuse, NY 13220-5026 |
| 518123935 | | Summit Medical Group, Attn#8549X, PO Box 14000, Belfast, ME 04915-4033 |
| 518123939 | + | The Doctor's Office of West Caldwell, PO Box 870, Newburgh, NY 12551-0870 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 03 2022 20:39:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 03 2022 20:39:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 03 2022 20:50:31 | Ally Bank c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: ebnbankruptcy@ahm.honda.com | Nov 03 2022 20:39:00 | American Honda Finance Corporation, administrator, P.O. Box 168088, Irving, TX 75016-8088 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Nov 03 2022 20:50:32 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: RASEBN@raslg.com | Nov 03 2022 20:38:00 | U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR LEH, RAS Crane, LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA |

Case 19-15385-SLM   Doc 84   Filed 11/05/22   Entered 11/06/22 00:15:31   Desc Imaged
                            Certificate of Notice   Page 3 of 6

| District/off: 0312-2 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Nov 03, 2022 | Form ID: plncf13 | Total Noticed: 85 |

| | | | |
|---|---|---|---|
| | | | 30097-8461 |
| 518123892 | Email/Text: ebnbankruptcy@ahm.honda.com | Nov 03 2022 20:39:00 | American Honda Finance, Attn: Bankruptcy, Po Box 168088, Irving, TX 75016 |
| 518161501 | Email/Text: ebnbankruptcy@ahm.honda.com | Nov 03 2022 20:39:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 518505810 | Email/Text: ally@ebn.phinsolutions.com | Nov 03 2022 20:38:00 | Ally Capital, PO Box 130424, Roseville, MN 55113-0004 |
| 519260298 | + Email/PDF: acg.acg.ebn@aisinfo.com | Nov 03 2022 20:50:10 | Ally Capital, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518123891 | + Email/Text: ally@ebn.phinsolutions.com | Nov 03 2022 20:38:00 | Ally Financial, PO Box 8140, Cockeysville, MD 21030-8140 |
| 518182200 | + Email/Text: bankruptcy@sccompanies.com | Nov 03 2022 20:38:00 | Amerimark, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 518123893 | + Email/Text: bankruptcy@sccompanies.com | Nov 03 2022 20:38:00 | Amerimark Premier, AmeriMark Customer Service, 6864 Engle Road, Cleveland, OH 44130-7910 |
| 518123895 | ^ MEBN | Nov 03 2022 20:36:40 | BCA Financial Services, 18001 Old Cutler Road, Suite 462, Miami, FL 33157-6437 |
| 518163937 | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 03 2022 20:50:08 | CW Nexus Credit Card Holdings l, LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 518123897 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 03 2022 20:50:07 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518158055 | + Email/PDF: ebn_ais@aisinfo.com | Nov 03 2022 20:50:12 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518195756 | Email/PDF: bncnotices@becket-lee.com | Nov 03 2022 20:50:33 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518123899 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 03 2022 20:39:00 | Comenitybank/fllbeauty, Po Box 182789, Columbus, OH 43218-2789 |
| 518123902 | + Email/PDF: pa_dc_ed@navient.com | Nov 03 2022 20:50:11 | Dept of Ed / Navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 518123901 | + Email/PDF: pa_dc_ed@navient.com | Nov 03 2022 20:50:31 | Dept of Ed / Navient, Attn: Claims Dept, Po Box 9635, Wilkes Barr, PA 18773-9635 |
| 518123903 | + Email/Text: bankruptcy@sccompanies.com | Nov 03 2022 20:38:00 | Dr Leonard's/Carol Wright Gifts, Po Box 7823, Edison, NJ 08818-7823 |
| 518182203 | + Email/Text: bankruptcy@sccompanies.com | Nov 03 2022 20:38:00 | Dr Leonards Shop Now, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 518123905 | + Email/Text: bncnotifications@pheaa.org | Nov 03 2022 20:38:00 | FedLoan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 518123906 | + Email/Text: bankruptcy@firstelectronic.com | Nov 03 2022 20:39:00 | First Electronic Bank, Attn: Bankruptcy, Po Box 521271, Salt Lake City, UT 84152-1271 |
| 518190301 | + Email/Text: bankruptcy@sccompanies.com | Nov 03 2022 20:39:00 | Ginny's, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 518123907 | + Email/Text: bankruptcy@sccompanies.com | Nov 03 2022 20:39:00 | Ginnys/Swiss Colony Inc, Attn: Credit Department, Po Box 2825, Monroe, WI 53566-8025 |
| 518190300 | + Email/Text: bankruptcy@sccompanies.com | Nov 03 2022 20:39:00 | Home At Five, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 518123910 | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 03 2022 20:38:00 | Internal Revenue Service, 955 S. Springfield Ave., Springfield, NJ 07081 |

Case 19-15385-SLM    Doc 84    Filed 11/05/22    Entered 11/06/22 00:15:31    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0312-2 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Nov 03, 2022 | Form ID: plncf13 | Total Noticed: 85 |

| | | | | |
|---|---|---|---|---|
| 518182202 | + | Email/Text: bankruptcy@sccompanies.com | Nov 03 2022 20:38:00 | K. Jordan, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 518123912 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 03 2022 20:38:00 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 518140965 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 03 2022 20:50:24 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518123915 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 03 2022 20:50:24 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 518123916 | ^ | MEBN | Nov 03 2022 20:36:32 | Mercury/FBT, 2220 6th St, Brookings, SD 57006-2403 |
| 518123917 | + | Email/Text: bankruptcy@sccompanies.com | Nov 03 2022 20:39:00 | Monroe & Main, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 518190302 | + | Email/Text: bankruptcy@sccompanies.com | Nov 03 2022 20:39:00 | Monroe & Main, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 518123918 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 03 2022 20:38:00 | Mr. Cooper, 8950 Cypress Waters Blvd., Coppell, TX 75019-4620 |
| 518123919 | | Email/Text: nsm_bk_notices@mrcooper.com | Nov 03 2022 20:38:00 | Nationstar Mortgage, 350 Highland Drive, Lewisville, TX 75067 |
| 518123921 | | Email/Text: nsm_bk_notices@mrcooper.com | Nov 03 2022 20:38:00 | Nationstar Mortgage, LLC, PO Box 630267, Irving, TX 75063 |
| 518123920 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 03 2022 20:38:00 | Nationstar Mortgage, PO Box 619094, Dallas, TX 75261-9094 |
| 518262693 | | Email/PDF: pa_dc_ed@navient.com | Nov 03 2022 20:50:22 | Navient Solutions, LLC on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 518262164 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 03 2022 20:50:32 | Portfolio Recovery Associates, LLC, c/o Amazon.com Store Card, POB 41067, Norfolk VA 23541 |
| 518263325 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 03 2022 20:50:23 | Portfolio Recovery Associates, LLC, c/o Care Credit, POB 41067, Norfolk VA 23541 |
| 518123923 | + | Email/Text: recovery@paypal.com | Nov 03 2022 20:38:00 | Pay Pal, 2211 N/ 1st Street, San Jose, CA 95131-2021 |
| 518123924 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 03 2022 20:50:09 | PayPal, PO Box 105658, Atlanta, GA 30348-5658 |
| 518123925 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 03 2022 20:50:11 | PayPal Credit, PO Box 5018, Lutherville Timonium, MD 21094-5018 |
| 518252245 | | Email/Text: bnc-quantum@quantum3group.com | Nov 03 2022 20:39:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518231590 | | Email/Text: bnc-quantum@quantum3group.com | Nov 03 2022 20:39:00 | Quantum3 Group LLC as agent for, Genesis Consumer Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518180590 | + | Email/Text: RASEBN@raslg.com | Nov 03 2022 20:38:00 | RAS CRANE, LLC, BANKRUPTCY DEPARTMENT, 10700 ABBOTT'S BRIDGE ROAD, SUITE 170, DULUTH, GA 30097-8461 |
| 518309798 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Nov 03 2022 20:38:00 | State of New Jersey/Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 518123928 | + | Email/Text: ebn@rwjbh.org | Nov 03 2022 20:39:00 | Saint Barnabas Medical Center, PO Box 29960, New York, NY 10087-9960 |
| 518123930 | + | Email/Text: bankruptcy@sccompanies.com | Nov 03 2022 20:39:00 | Seventh Avenue, Attn: Bankruptcy Dept, 1112 7th Ave, Monroe, WI 53566-1364 |
| 518123932 | + | Email/Text: clientservices@simonsagency.com | Nov 03 2022 20:39:00 | Simons Agency, Inc., Attn: Bankruptcy, 4963 Wintersweet Dr., Liverpool, NY 13088-2176 |

| 518123933 | + | Email/Text: clientservices@simonsagency.com | Nov 03 2022 20:39:00 | Simons Agency, Inc., 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 518182201 | + | Email/Text: bankruptcy@sccompanies.com | Nov 03 2022 20:38:00 | Stoneberry, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 518127585 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 03 2022 20:50:30 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518123936 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 03 2022 20:50:22 | Synchrony Bank/Amazon, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 518123937 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 03 2022 20:50:11 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965061, Orlando, FL 32896-5061 |
| 518123940 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Nov 03 2022 20:38:00 | Toyota Motor Credit Co, Toyota Financial Services, Po Box 8026, Cedar Rapids, IA 52408 |
| 518123938 | | Email/Text: bncmail@w-legal.com | Nov 03 2022 20:38:00 | Target, Target Card Services, Mail Stop NCB-0461, Minneapolis, MN 55440 |
| 518254861 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Nov 03 2022 20:38:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 518738578 | | Email/PDF: bncnotices@becket-lee.com | Nov 03 2022 20:50:24 | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518261159 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 03 2022 20:38:00 | U.S. Bank National Association, Nationstar Mortgage LLC d/b/a Mr. Cooper, ATTN: Bankruptcy Dept, PO Box 619096, Dallas, TX 75261-9096 |
| 518452643 | | Email/Text: EDBKNotices@ecmc.org | Nov 03 2022 20:38:00 | US Department of Education, P O Box 16448, St Paul, MN 55116-0448 |

TOTAL: 64

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518180589 | | U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR LEH |
| 518123911 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 05, 2022        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 3, 2022 at the address(es) listed

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 5 of 5 |
| Date Rcvd: Nov 03, 2022 | Form ID: plncf13 | Total Noticed: 85 |

**below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor Lehman XS Trust Mortgage Pass-Through Certificate  Series 2007-2N, U.S. Bank National Association, as Trustee ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| John R. Morton, Jr. | on behalf of Creditor American Honda Finance Corporation  administrator for Honda Lease Trust ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| Kathleen M Magoon | on behalf of Creditor Lehman XS Trust Mortgage Pass-Through Certificate  Series 2007-2N, U.S. Bank National Association, as Trustee logsecf@logs.com, kathleenmagoon@gmail.com |
| Kevin Gordon McDonald | on behalf of Creditor Toyota Lease Trust kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Laura M. Egerman | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  AS TRUSTEE FOR LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-2N bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@raslg.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Scott D. Sherman | on behalf of Joint Debtor Eleonora Lapidus ssherman@minionsherman.com |
| Scott D. Sherman | on behalf of Debtor Steven H Lapidus ssherman@minionsherman.com |
| Shauna M Deluca | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  AS TRUSTEE FOR LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-2N sdeluca@hasbanilight.com, hllawpc@gmail.com |
| Sindi Mncina | on behalf of Creditor Lehman XS Trust Mortgage Pass-Through Certificate  Series 2007-2N, U.S. Bank National Association, as Trustee smncina@raslg.com |
| Sindi Mncina | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  AS TRUSTEE FOR LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-2N smncina@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Valerie A. Hamilton | on behalf of Creditor New Jersey Division of Taxation Valerie.Hamilton@law.njoag.gov |

TOTAL: 14