UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)
Marie-Ann Greenberg MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

IN RE:

STEVEN H. LAPIDUS
ELEANORA LAPIDUS

Case No.:  19-15385

Adv. No.:

Hearing Date:

Judge:  SLM

## CERTIFICATION OF SERVICE

1. I, Jessica Antoine, am a Paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 03/22/2023, I sent a copy of the following pleadings and/or documents to the parties listed below:

**Certification of Default**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtors:
STEVEN H. LAPIDUS
ELEANORA LAPIDUS
21 MYRTLE AVE
CALDWELL, NJ  07006
Mode of Service:  Regular Mail

Attorney for Debtor(s):
SCOTT D. SHERMAN ESQ
MINION & SHERMAN
33 CLINTON ROAD, SUITE 105
WEST CALDWELL, NJ  07006
Mode of Service:  Notice of Electronic Filing (NEF)

Dated:  March 22, 2023

By:  /S/  Jessica Antoine
     Jessica Antoine