Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 19−15385−SLM
        Chapter: 13
        Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Steven H Lapidus<br>21 Myrtle Ave<br>Caldwell, NJ 07006 | Eleonora Lapidus<br>aka Ellie Lapidus<br>21 Myrtle Ave<br>Caldwell, NJ 07006 |

Social Security No.:
  xxx−xx−4683                                        xxx−xx−6183

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 4/26/23 at 10:00 AM

to consider and act upon the following:

*88* − Certification in Opposition to (related document:86 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 4/5/2023. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) filed by Trustee Marie−Ann Greenberg) filed by Scott D. Sherman on behalf of Eleonora Lapidus, Steven H Lapidus. (Sherman, Scott)

Dated: 3/28/23

                                                          Jeanne Naughton
                                                         Clerk, U.S. Bankruptcy Court