UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

Scott D. Sherman, Esq.
Minion & Sherman
33 Clinton Road - Suite 105
West Caldwell, New Jersey 07006
phone 973-882-2424
fax 973-882-0856
ssherman@minionsherman.com

Order Filed on May 15, 2023
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

In Re:

STEVEN LAPIDUS
ELEONORA LAPIDUS

DEBTORS

Case No.: 19-15385

Chapter: 13

Judge: MEISEL

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 15, 2023**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____MINION & SHERMAN_____, the applicant, is allowed a fee of $_____400.00_____ for services rendered and expenses in the amount of $_____0.00_____ for a total of $_____400.00_____. The allowance shall be payable:

☒　　through the Chapter 13 plan as an administrative priority.

☐　　outside the plan.

The debtor's monthly plan is modified to require a payment of $_____2,596.00_____ per month for ___final 34___ months to allow for payment of the aforesaid fee.

*Revised 10/3/02*