Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−15385−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Steven H Lapidus
21 Myrtle Ave
Caldwell, NJ 07006

Eleonora Lapidus
aka Ellie Lapidus
21 Myrtle Ave
Caldwell, NJ 07006

Social Security No.:
   xxx−xx−4683

xxx−xx−6183

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 1/10/24 at 10:00 AM

to consider and act upon the following:

**94** – Creditor's Certification of Default (related document:66 Order on Motion For Relief From Stay) filed by Elizabeth L. Wassall on behalf of U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR LEHMAN XS TRUST MORTGAGE PASS−THROUGH CERTIFICATES, SERIES 2007−2N. Objection deadline is 12/15/2023. (Attachments: # 1 Proposed Order # 2 Certificate of Service # 3 Certification Creditor's Certification of Default # 4 Certification Regarding Payment History # 5 Exhibit Filed Consent Order) (Wassall, Elizabeth)

**95** – Certification in Opposition to (related document:94 Creditor's Certification of Default (related document:66 Order on Motion For Relief From Stay) filed by Elizabeth L. Wassall on behalf of U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR LEHMAN XS TRUST MORTGAGE PASS−THROUGH CERTIFICATES, SERIES 2007−2N. Objection deadline is 12/15/2023. (Attachments: # 1 Proposed Order # 2 Certificate of Service # 3 Certification Creditor's Certification of Default # 4 Certification Regarding Payment History # 5 Exhibit Filed Consent Order) filed by Creditor U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR LEHMAN XS TRUST MORTGAGE PASS−THROUGH CERTIFICATES, SERIES 2007−2N) filed by Scott D. Sherman on behalf of Eleonora Lapidus, Steven H Lapidus. (Sherman, Scott)

Dated: 12/12/23

Jeanne Naughton
Clerk, U.S. Bankruptcy Court