| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>CXE 18-022052<br>LOGS Legal Group LLP<br>14000 Commerce Parkway, Suite B<br>Mount Laurel, NJ 08054<br>(856) 793-3080<br>Elizabeth L. Wassall, Esq.  023211995<br>ATTORNEYS FOR U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-2N | |
| In Re:<br><br>STEVEN H. LAPIDUS AND ELEANORA LAPIDUS,<br>DEBTORS | Case No.: 19-15385-SLM<br><br>Judge: HONORABLE STACEY L. MEISEL<br><br>Chapter: 13 |

# STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled        ☒ Withdrawn

Matter: <u>Creditor's Certification of Default</u>    ECF Doc.: <u>94</u>

Date:  <u>4-2-2024</u>        /s/Elizabeth L. Wassall
                    Signature

*rev.8/1/15*