Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 19−15385−SLM
        Chapter: 13
        Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Steven H Lapidus<br>21 Myrtle Ave<br>Caldwell, NJ 07006 | Eleonora Lapidus<br>aka Ellie Lapidus<br>21 Myrtle Ave<br>Caldwell, NJ 07006 |
| Social Security No.:<br>  xxx−xx−4683 | xxx−xx−6183 |
| Employer's Tax I.D. No.: | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 12/11/24 at 10:00 AM

to consider and act upon the following:

*104* − Creditor's Certification of Default (related document:66 Order on Motion For Relief From Stay) filed by Elizabeth L. Wassall on behalf of U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR LEHMAN XS TRUST MORTGAGE PASS−THROUGH CERTIFICATES, SERIES 2007−2N. Objection deadline is 11/15/2024. (Attachments: # 1 Proposed Order # 2 Certificate of Service # 3 Certification # 4 Exhibit) (Wassall, Elizabeth)

*105* − Certification in Opposition to (related document:104 Creditor's Certification of Default (related document:66 Order on Motion For Relief From Stay) filed by Elizabeth L. Wassall on behalf of U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR LEHMAN XS TRUST MORTGAGE PASS−THROUGH CERTIFICATES, SERIES 2007−2N. Objection deadline is 11/15/2024. (Attachments: # 1 Proposed Order # 2 Certificate of Service # 3 Certification # 4 Exhibit) filed by Creditor U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR LEHMAN XS TRUST MORTGAGE PASS−THROUGH CERTIFICATES, SERIES 2007−2N) filed by Scott D. Sherman on behalf of Eleonora Lapidus, Steven H Lapidus. (Sherman, Scott)

Dated: 11/13/24

                                                Jeanne Naughton
                                                Clerk, U.S. Bankruptcy Court