| UNITED STATES BANKRUPTCY COURT |
| --- |
| DISTRICT OF NEW JERSEY |
| Caption in Compliance with D.N.J. LBR 9004-2(c) |
| Scott D. Sherman, Esq.<br>Minion & Sherman<br>33 Clinton Road  - Suite 105<br>West Caldwell, New Jersey 07006<br>phone 973-882-2424<br>fax 973-882-0856<br>ssherman@minionsherman.com |
| In Re:<br><br>STEVEN LAPIDUS<br>ELEONORA LAPIDUS<br><br>DEBTORS |

Order Filed on December 24, 2024
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

Case No.: 19-15385

Chapter: 13

Judge: MEISEL

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 24, 2024**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____MINION & SHERMAN_____, the applicant, is allowed a fee of $ _____400.00_____ for services rendered and expenses in the amount of $\_\_\_\_\_0.00\_\_\_\_\_ for a total of $_____400.00_____ . The allowance shall be payable:

☒ through the Chapter 13 plan as an administrative priority.

❏ outside the plan.

The debtor's monthly plan is modified to require a payment of $\_\_\_2,644.00\_\_\_ per month for \_\_\_final 15\_\_\_ months to allow for payment of the aforesaid fee.

*Revised 10/3/02*