Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−15385−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Steven H Lapidus
21 Myrtle Ave
Caldwell, NJ 07006

Eleonora Lapidus
aka Ellie Lapidus
21 Myrtle Ave
Caldwell, NJ 07006

Social Security No.:
xxx−xx−4683

xxx−xx−6183

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 1/14/26 at 10:00 AM

to consider and act upon the following:

*113* − Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 12/8/2025. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) (Greenberg, Marie−Ann)

*115* − Certification in Opposition to (related document:113 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 12/8/2025. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) filed by Trustee Marie−Ann Greenberg) filed by Scott D. Sherman on behalf of Eleonora Lapidus, Steven H Lapidus. (Sherman, Scott)

Dated: 12/3/25

Jeanne Naughton
Clerk, U.S. Bankruptcy Court