UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Scott D. Sherman, Esq.
Minion & Sherman
33 Clinton Road  - Suite 105
West Caldwell, New Jersey 07006
phone 973-882-2424
fax 973-882-0856
ssherman@minionsherman.com

Order Filed on January 22, 2026
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

In Re:

STEVEN LAPIDUS
ELEONORA LAPIDUS

DEBTORS

Case No.:     19-15385

Chapter:      13

Judge:        MEISEL

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

DATED: January 22, 2026

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____MINION & SHERMAN_____, the applicant, is allowed a fee of $ _____400.00_____ for services rendered and expenses in the amount of $_____0.00_____ for a total of $_____400.00_____. The allowance shall be payable:

- ❏ through the Chapter 13 plan as an administrative priority.
- ☒ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____n/a_____ per month for _____n/a_____ months to allow for payment of the aforesaid fee.

*Revised 10/3/02*

United States Bankruptcy Court

District of New Jersey

In re:  
Steven H Lapidus  
Eleonora Lapidus  
    Debtors

Case No. 19-15385-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 22, 2026 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 24, 2026:**

**Recip ID**    **Recipient Name and Address**  
db/jdb    + Steven H Lapidus, Eleonora Lapidus, 21 Myrtle Ave, Caldwell, NJ 07006-5009

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2026    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 22, 2026 at the address(es) listed below:

**Name**    **Email Address**

Denise E. Carlon  
    on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Douglas J. McDonough  
    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  AS TRUSTEE FOR LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-2N dmcdonough@flwlaw.com, NJbkyecf@flwlaw.com

Elizabeth L. Wassall  
    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  AS TRUSTEE FOR LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-2N ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com

Elizabeth L. Wassall  
    on behalf of Creditor Lehman XS Trust Mortgage Pass-Through Certificate  Series 2007-2N, U.S. Bank National Association, as Trustee ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 22, 2026 | Form ID: pdf903 | Total Noticed: 1 |

John R. Morton, Jr.
    on behalf of Creditor American Honda Finance Corporation  administrator for Honda Lease Trust ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

Kathleen M Magoon
    on behalf of Creditor Lehman XS Trust Mortgage Pass-Through Certificate  Series 2007-2N, U.S. Bank National Association, as Trustee logsecf@logs.com, kathleenmagoon@gmail.com

Kevin Gordon McDonald
    on behalf of Creditor Toyota Lease Trust kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com

Laura M. Egerman
    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  AS TRUSTEE FOR LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-2N laura.egerman@mccalla.com, mccallaecf@ecf.courtdrive.com

Marie-Ann Greenberg
    magecf@magtrustee.com

Scott D. Sherman
    on behalf of Joint Debtor Eleonora Lapidus ssherman@minionsherman.com

Scott D. Sherman
    on behalf of Debtor Steven H Lapidus ssherman@minionsherman.com

Shauna M Deluca
    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  AS TRUSTEE FOR LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-2N sdeluca@hasbanilight.com, hllawpc@gmail.com

Sindi Mncina
    on behalf of Creditor Lehman XS Trust Mortgage Pass-Through Certificate  Series 2007-2N, U.S. Bank National Association, as Trustee smncina@raslg.com

Sindi Mncina
    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  AS TRUSTEE FOR LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-2N smncina@raslg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

Valerie A. Hamilton
    on behalf of Creditor New Jersey Division of Taxation Valerie.Hamilton@law.njoag.gov

TOTAL: 16