UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
MINION & SHERMAN
By:   Scott D. Sherman, Esquire
33 Clinton Road, Suite 105
West Caldwell, New Jersey 07006
(973) 882-2424

**Order Filed on June 2, 2026
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

In Re:

    STEVEN H. LAPIDUS
    ELEONORA LAPIDUS,

        Debtors

Case No.:      19-15385 SLM

Chapter:          13

Judge:       Stacey L. Meisel

## CHAPTER 13 ORDER AUTHORIZING CANCELLATION,
VOIDING AND/OR DISCHARGE OF RECORD OF:

☐MORTGAGE   <u>X</u> LIENS   ☐ OTHER   (SPECIFY) _____

Recommended Local Form ☐ Followed   <u>X</u> Modified

The relief set forth on the following page is hereby **ORDERED.**

**DATED: June 2, 2026**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

**<u>NOTE TO RECORDING OFFICER</u>:  THIS ORDER MUST BE CERTIFIED BY THE
BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE
RECORDED.**

The following matters are determined and hereby ORDERED:

1. The debtor(s) has successfully completed a Chapter 13 Plan, which provides for the discharge and cancellation of record of the Judgment Liens referenced below.

2. Upon entry of a Chapter 13 Discharge in favor of Debtors in this case, the debtor(s) is entitled to have the Judgment Liens referenced below discharged and cancelled of record.

3. Description of Judgment Lien:

   a. Original Lienholder: **State of New Jersey Division of Taxation**
   b. Current Assignee: n/a
   c. Current Servicer: n/a
   d. Date of Judgment Liens:  6/13/2013
   e. Date of Recordation:     6/13/2013
   f. Place of Recordation:  Superior Court of New Jersey – Judgment Section
      **Judgment #DJ-112097-2013**
      **Judgment #DJ-112098-2013**
   g. Original Principal Balance of Judgment Lien:
      $7,275.55

4. Description of Judgment Lien:

   h. Original Lienholder: **State of New Jersey Division of Taxation**
   i. Current Assignee: n/a
   j. Current Servicer: n/a
   k. Date of Judgment Liens:  3/5/2015
   l. Date of Recordation:     3/5/2015
   m. Place of Recordation:  Superior Court of New Jersey – Judgment Section
      **Judgment #  DJ-040751-2015**
      **Judgment #  DJ-040752-2015**

   n. Original Principal Balance of Judgment Lien:
      $3,916.96

5. Description of Judgment Lien:

   o. Original Lienholder: **State of New Jersey Division of Taxation**
   p. Current Assignee: n/a
   q. Current Servicer: n/a
   r. Date of Judgment Liens:  9/21/2017

    s.   Date of Recordation:    9/21/2017
    t.   Place of Recordation:  Superior Court of New Jersey – Judgment Section
            **Judgment #  DJ-165075-2017**
            **Judgment #  DJ-165076-2017**

    u.   Original Principal Balance of Judgment Lien:
        <u>$5,099.10</u>

6. This Order shall only be effective upon entry of a Chapter 13 Discharge in favor of Debtors in this case.

7. The Judgment Liens referenced in this Order are hereby cancelled, voided and/or discharged of record.

8. A certified or exemplified copy of this Order shall be recorded by the Clerk of the Superior Court Judgment Section with whom the Judgments Liens were recorded.