UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
MINION & SHERMAN
By:   Scott D. Sherman, Esquire
33 Clinton Road, Suite 105
West Caldwell, New Jersey 07006
Phone:  (973) 882-2424
Fax:     (973) 882-0856
Email:  ssherman@minionsherman.com

**Order Filed on June 2, 2026
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

| In Re: | Case No.: | 19-15385 SLM |
|---|---|---|
| STEVEN H. LAPIDUS | Chapter: | 13 |
| ELEONORA LAPIDUS, | | |
| Debtors | Judge: | Stacey L. Meisel |

**CHAPTER 13 ORDER AUTHORIZING CANCELLATION,**
VOIDING AND/OR DISCHARGE OF RECORD OF:

**X MORTGAGE     ☐ LIENS    ☐ OTHER   (SPECIFY) _____**

Recommended Local Form ☐ Followed   X Modified

The relief set forth on the following page is hereby **ORDERED.**

**DATED: June 2, 2026**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

**NOTE TO RECORDING OFFICER:  THIS ORDER MUST BE CERTIFIED BY THE
BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE
RECORDED.**

The following matters are determined and hereby ORDERED:

1.  The debtor(s) has successfully completed a Chapter 13 Plan, which provides for the discharge and cancellation of record of the Mortgage referenced below.

2.  The debtor(s) is entitled to have the Mortgage referenced below discharged and cancelled of record.

3.  Description of Lien:

    **a.** Original Lienholder: **Allegacy Federal Credit Union**
    b.  Current Assignee: n/a
    c.  Current Servicer: n/a
    d.  Date of Liens:          12/15/2006
    e.  Date of Recordation:    12/28/2006
    f.  Place of Recordation:  Essex County Register
                               **Book:  12014**
                               **Page:  4035**
    g.  Original Principal Balance of Lien:
                $89,000.00

4.  The Mortgage referenced in this Order are hereby cancelled, voided and/or discharged of record.

5.  A certified or exemplified copy of this Order shall be recorded by the Clerk of the County Register with whom this mortgage was recorded.