UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
MINION & SHERMAN
By:   Scott D. Sherman, Esquire
33 Clinton Road, Suite 105
West Caldwell, New Jersey 07006
(973) 882-2424

**Order Filed on June 2, 2026
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

In Re:

STEVEN H. LAPIDUS
ELEONORA LAPIDUS,

Debtors

Case No.:      19-15385 SLM

Chapter:        13

Judge:      Stacey L. Meisel

## CHAPTER 13 ORDER AUTHORIZING CANCELLATION,
VOIDING AND/OR DISCHARGE OF RECORD OF:

☐ **MORTGAGE**   **X LIENS**   ☐ **OTHER**   **(SPECIFY)** _____

Recommended Local Form ☐ Followed   X Modified

The relief set forth on the following page is hereby **ORDERED.**

**DATED: June 2, 2026**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

**NOTE TO RECORDING OFFICER:  THIS ORDER MUST BE CERTIFIED BY THE
BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE
RECORDED.**

The following matters are determined and hereby ORDERED:

1.  The debtor(s) has successfully completed a Chapter 13 Plan, which provides for the discharge and cancellation of record of the Federal Tax Lien referenced below.

2.  The debtor(s) is entitled to have the Federal Tax Lien referenced below discharged and cancelled of record.

3.  Description of Lien:

    a.  Original Lienholder: **Internal Revenue Service (Federal Tax Lien)**
    b.  Current Assignee: n/a
    c.  Current Servicer: n/a
    d.  Date of Liens:          2/20/2019
    e.  Date of Recordation:     3/7/2019
    f.  Place of Recordation:  Essex County Register
                       **Instrument No. 2019021406**
    g.  Original Principal Balance of Lien:
                 $25,545.05

4.  The Federal Tax Liens referenced in this Order are hereby cancelled, voided and/or discharged of record.

5.  A certified or exemplified copy of this Order shall be recorded by the Clerk of the County Register with whom these Federal Tax Liens were recorded.