UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
MINION & SHERMAN
By:   Scott D. Sherman, Esquire
33 Clinton Road, Suite 105
West Caldwell, New Jersey 07006
(973) 882-2424

**Order Filed on June 2, 2026
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

In Re:

STEVEN H. LAPIDUS
ELEONORA LAPIDUS,

Debtors

Case No.:    19-15385 SLM

Chapter:    13

Judge:    Stacey L. Meisel

## CHAPTER 13 ORDER AUTHORIZING CANCELLATION,
VOIDING AND/OR DISCHARGE OF RECORD OF:

☐ **MORTGAGE   X LIENS   ☐ OTHER   (SPECIFY)** _____

Recommended Local Form ☐ Followed   X Modified

The relief set forth on the following page is hereby **ORDERED.**

**DATED: June 2, 2026**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

**NOTE TO RECORDING OFFICER:  THIS ORDER MUST BE CERTIFIED BY THE
BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE
RECORDED.**

The following matters are determined and hereby ORDERED:

1. The debtor(s) has successfully completed a Chapter 13 Plan, which provides for the discharge and cancellation of record of the Judgment Liens referenced below.

2. Upon entry of a Chapter 13 Discharge in favor of Debtors in this case, the debtor(s) is entitled to have the Judgment Liens referenced below discharged and cancelled of record.

3. Description of Judgment Lien:

   a. Original Lienholder: **State of New Jersey Division of Taxation**
   b. Current Assignee: n/a
   c. Current Servicer: n/a
   d. Date of Judgment Liens:  6/13/2013
   e. Date of Recordation:      6/13/2013
   f. Place of Recordation:  Superior Court of New Jersey – Judgment Section
      **Judgment #DJ-112097-2013**
      **Judgment #DJ-112098-2013**
   g. Original Principal Balance of Judgment Lien:
      $7,275.55

4. Description of Judgment Lien:

   h. Original Lienholder: **State of New Jersey Division of Taxation**
   i. Current Assignee: n/a
   j. Current Servicer: n/a
   k. Date of Judgment Liens:  3/5/2015
   l. Date of Recordation:      3/5/2015
   m. Place of Recordation:  Superior Court of New Jersey – Judgment Section
      **Judgment #  DJ-040751-2015**
      **Judgment #  DJ-040752-2015**

   n. Original Principal Balance of Judgment Lien:
      $3,916.96

5. Description of Judgment Lien:

   o. Original Lienholder: **State of New Jersey Division of Taxation**
   p. Current Assignee: n/a
   q. Current Servicer: n/a
   r. Date of Judgment Liens:  9/21/2017

      s.   Date of Recordation:     9/21/2017

      t.   Place of Recordation:  Superior Court of New Jersey – Judgment Section

          **Judgment #  DJ-165075-2017**

          **Judgment #  DJ-165076-2017**

      u.   Original Principal Balance of Judgment Lien:

          $5,099.10

6.  This Order shall only be effective upon entry of a Chapter 13 Discharge in favor of Debtors in this case.

7.  The Judgment Liens referenced in this Order are hereby cancelled, voided and/or discharged of record.

8.  A certified or exemplified copy of this Order shall be recorded by the Clerk of the Superior Court Judgment Section with whom the Judgments Liens were recorded.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-15385-SLM |
| Steven H Lapidus | Chapter 13 |
| Eleonora Lapidus | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 03, 2026 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol          Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 05, 2026:**

**Recip ID                    Recipient Name and Address**
db/jdb                    + Steven H Lapidus, Eleonora Lapidus, 21 Myrtle Ave, Caldwell, NJ 07006-5009

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 05, 2026                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 3, 2026 at the address(es) listed below:**

**Name                    Email Address**

Denise E. Carlon
                    on behalf of Creditor Toyota Lease Trust denise.carlon@mccalla.com  mccallaecf@ecf.courtdrive.com

Douglas J. McDonough
                    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  AS TRUSTEE FOR LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-2N dmcdonough@flwlaw.com, NJbkyecf@flwlaw.com

Elizabeth L. Wassall
                    on behalf of Creditor Lehman XS Trust Mortgage Pass-Through Certificate  Series 2007-2N, U.S. Bank National Association, as Trustee ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com

Elizabeth L. Wassall
                    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  AS TRUSTEE FOR LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-2N ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com

John R. Morton, Jr.

District/off: 0312-2                                     User: admin                                          Page 2 of 2

Date Rcvd: Jun 03, 2026                          Form ID: pdf903                                 Total Noticed: 1

on behalf of Creditor American Honda Finance Corporation  administrator for Honda Lease Trust ecfmail@mortoncraig.com,
mortoncraigecf@gmail.com

Kathleen M Magoon

on behalf of Creditor Lehman XS Trust Mortgage Pass-Through Certificate  Series 2007-2N, U.S. Bank National Association, as
Trustee logsecf@logs.com, kathleenmagoon@gmail.com

Kevin Gordon McDonald

on behalf of Creditor Toyota Lease Trust kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com

Laura M. Egerman

on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  AS TRUSTEE FOR LEHMAN XS TRUST MORTGAGE
PASS-THROUGH CERTIFICATES, SERIES 2007-2N laura.egerman@mccalla.com, mccallaecf@ecf.courtdrive.com

Marie-Ann Greenberg

magecf@magtrustee.com

Scott D. Sherman

on behalf of Debtor Steven H Lapidus ssherman@minionsherman.com

Scott D. Sherman

on behalf of Joint Debtor Eleonora Lapidus ssherman@minionsherman.com

Shauna M Deluca

on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  AS TRUSTEE FOR LEHMAN XS TRUST MORTGAGE
PASS-THROUGH CERTIFICATES, SERIES 2007-2N sdeluca@hasbanilight.com, hllawpc@gmail.com

Sindi Mncina

on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  AS TRUSTEE FOR LEHMAN XS TRUST MORTGAGE
PASS-THROUGH CERTIFICATES, SERIES 2007-2N smncina@raslg.com

Sindi Mncina

on behalf of Creditor Lehman XS Trust Mortgage Pass-Through Certificate  Series 2007-2N, U.S. Bank National Association, as
Trustee smncina@raslg.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

Valerie A. Hamilton

on behalf of Creditor New Jersey Division of Taxation Valerie.Hamilton@law.njoag.gov


TOTAL: 16