**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Steven H Lapidus<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx–xx–4683 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Eleonora Lapidus<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx–xx–6183 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | | |
| Case number: | 19–15385–SLM | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Steven H Lapidus

Eleonora Lapidus
aka Ellie Lapidus

9/14/26

**By the court:** Stacey L. Meisel
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

### Some debts are not discharged

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;
- ♦ debts for most student loans;
- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:
Steven H Lapidus
Eleonora Lapidus
Debtors

Case No. 19-15385-SLM
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 5 |
| Date Rcvd: Sep 14, 2026 | Form ID: 3180W | Total Noticed: 86 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 16, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Steven H Lapidus, Eleonora Lapidus, 21 Myrtle Ave, Caldwell, NJ 07006-5009 |
| 518123894 | + | Associates in Otolaryngology, 741 Northfield Avenue, Ste. 104, West Orange, NJ 07052-1104 |
| 518123896 | + | Best Care Laboratory, LLC, C/O Laboratory Billing Solutions, 195 New Hampshire Ave, Suite 150, Portsmouth, NH 03801-7836 |
| 518123900 | + | Counsyl, Inc., PO Box 748385, Los Angeles, CA 90074-8385 |
| 518123904 | + | EMA, St. Barnabas Emergency Medical Associate, PO Box 6251, Parsippany, NJ 07054-7251 |
| 518123905 | + | FedLoan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 518123909 | + | Imaging Consultants of Essex, PO Box 3247, Indianapolis, IN 46206-3247 |
| 518123914 | | Livingston Pathology Assoicate, 520 E 22 nd Street, Lombard, IL 60148-6110 |
| 518123916 | + | Mercury/FBT, 2220 6th St, Brookings, SD 57006-2403 |
| 518525812 | + | NJCLASS, PO BOX 548, TRENTON, NJ 08625-0548 |
| 518123922 | | Pathology Solutions LLC, Church St Station, PO Box 3821, New York, NY 10008-3821 |
| 518123926 | + | Premier Family Medical PC, 73 Bloomfield Ave, 1, Caldwell, NJ 07006-5311 |
| 518123927 | | RENEX, 307 Wall Street, Princeton, NJ 08540-1515 |
| 518123929 | | SBMC Multi Specialty-OBS, PO Box 8000, Dept 624, Buffalo, NY 14267-0002 |
| 518123931 | + | Shapiro & Denardo, LLC, 14000 Commerce Parkway, Suite B, Mount Laurel, NJ 08054-2242 |
| 518147337 | + | Summit Medical Group, Attn: Simon's Agency Inc., PO Box 5026, Syracuse, NY 13220-5026 |
| 518123939 | + | The Doctor's Office of West Caldwell, PO Box 870, Newburgh, NY 12551-0870 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: ecfbnc@aldridgepite.com | Sep 14 2026 21:07:00 | Nikita R Joshi, Aldridge Pite LLP, 3333 Camino del Rio South Suite 225, San Diego, CA 92108-3808 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 14 2026 21:08:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 14 2026 21:08:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: AISACG.COM | Sep 15 2026 00:48:00 | Ally Bank c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: ebnbankruptcy@ahm.honda.com | Sep 14 2026 21:08:00 | American Honda Finance Corporation, administrator, P.O. Box 168088, Irving, TX 75016-8088 |
| cr | + | EDI: PRA.COM | Sep 15 2026 00:48:00 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: RASEBN@raslg.com | Sep 14 2026 21:07:00 | U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR LEH, RAS Crane, LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |

| | | | | |
|---|---|---|---|---|
| 518123892 | | Email/Text: ebnbankruptcy@ahm.honda.com | Sep 14 2026 21:08:00 | American Honda Finance, Attn: Bankruptcy, Po Box 168088, Irving, TX 75016 |
| 518161501 | | Email/Text: ebnbankruptcy@ahm.honda.com | Sep 14 2026 21:08:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 518348960 | + | Email/Text: amsbankruptcy@allegacyfcu.org | Sep 14 2026 21:09:00 | Allegacy Federal Credit Union, 1691 Westbrook Plaza, Winston Salem, NC 27103-2993 |
| 518505810 | | EDI: GMACFS.COM | Sep 15 2026 00:48:00 | Ally Capital, PO Box 130424, Roseville, MN 55113-0004 |
| 519260298 | + | EDI: AISACG.COM | Sep 15 2026 00:48:00 | Ally Capital, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518123891 | + | EDI: GMACFS.COM | Sep 15 2026 00:48:00 | Ally Financial, PO Box 8140, Cockeysville, MD 21030-8140 |
| 518182200 | + | EDI: CBS7AVE | Sep 15 2026 00:48:00 | Amerimark, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 518123893 | + | EDI: CBS7AVE | Sep 15 2026 00:48:00 | Amerimark Premier, AmeriMark Customer Service, 6864 Engle Road, Cleveland, OH 44130-7910 |
| 518123895 | ^ | MEBN | Sep 14 2026 20:59:48 | BCA Financial Services, 18001 Old Cutler Road, Suite 462, Miami, FL 33157-6437 |
| 518123898 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 14 2026 21:11:35 | CC Holdings, Attn: Card Services, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 518163937 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 14 2026 21:11:35 | CW Nexus Credit Card Holdings l, LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 518123897 | + | EDI: CAPITALONE.COM | Sep 15 2026 00:48:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518158055 | + | EDI: AIS.COM | Sep 15 2026 00:48:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518195756 | | Email/PDF: bncnotices@becket-lee.com | Sep 14 2026 21:11:39 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518123899 | + | EDI: WFNNB.COM | Sep 15 2026 00:48:00 | Comenitybank/fllbeauty, Po Box 182789, Columbus, OH 43218-2789 |
| 518123902 | + | EDI: MAXMSAIDV | Sep 15 2026 00:48:00 | Dept of Ed / Navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 518123901 | + | EDI: MAXMSAIDV | Sep 15 2026 00:48:00 | Dept of Ed / Navient, Attn: Claims Dept, Po Box 9635, Wilkes Barr, PA 18773-9635 |
| 518123903 | + | EDI: CBS7AVE | Sep 15 2026 00:48:00 | Dr Leonard's/Carol Wright Gifts, Po Box 7823, Edison, NJ 08818-7823 |
| 518182203 | + | EDI: CBS7AVE | Sep 15 2026 00:48:00 | Dr Leonards Shop Now, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 518123906 | + | Email/Text: bankruptcy@firstelectronic.com | Sep 14 2026 21:09:00 | First Electronic Bank, Attn: Bankruptcy, Po Box 521271, Salt Lake City, UT 84152-1271 |
| 518190301 | + | EDI: CBS7AVE | Sep 15 2026 00:48:00 | Ginny's, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 518123907 | + | EDI: CBS7AVE | Sep 15 2026 00:48:00 | Ginnys/Swiss Colony Inc, Attn: Credit Department, Po Box 2825, Monroe, WI 53566-8025 |
| 518123908 | ^ | MEBN | Sep 14 2026 21:01:04 | Higher Education Student Assistance Auth, Hesaa Servicing/Attn: Bankruptcy, Po Box 548, Trenton, NJ 08625-0548 |
| 518190300 | + | EDI: CBS7AVE | | |

| | | | | |
|---|---|---|---|---|
| | | | Sep 15 2026 00:48:00 | Home At Five, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 518123910 | | EDI: IRS.COM | Sep 15 2026 00:48:00 | Internal Revenue Service, 955 S. Springfield Ave., Springfield, NJ 07081 |
| 518182202 | + | EDI: CBS7AVE | Sep 15 2026 00:48:00 | K. Jordan, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 518123912 | + | EDI: CAPITALONE.COM | Sep 15 2026 00:48:00 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 518123913 | | Email/Text: bankruptcy@legacycreditunion.com | Sep 14 2026 21:07:00 | Legacy Federal Credit Union, 1400 South 20th Street, Birmingham, AL 35255 |
| 518140965 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 14 2026 21:12:02 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518123915 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 14 2026 21:11:40 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 518123917 | + | EDI: CBS7AVE | Sep 15 2026 00:48:00 | Monroe & Main, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 518190302 | + | EDI: CBS7AVE | Sep 15 2026 00:48:00 | Monroe & Main, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 518123918 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 14 2026 21:07:00 | Mr. Cooper, 8950 Cypress Waters Blvd., Coppell, TX 75019-4620 |
| 518123919 | | Email/Text: nsm_bk_notices@mrcooper.com | Sep 14 2026 21:07:00 | Nationstar Mortgage, 350 Highland Drive, Lewisville, TX 75067 |
| 518123921 | | Email/Text: nsm_bk_notices@mrcooper.com | Sep 14 2026 21:07:00 | Nationstar Mortgage, LLC, PO Box 630267, Irving, TX 75063 |
| 518123920 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 14 2026 21:07:00 | Nationstar Mortgage, PO Box 619094, Dallas, TX 75261-9094 |
| 518262693 | | EDI: MAXMSAIDV | Sep 15 2026 00:48:00 | Navient Solutions, LLC on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 518262164 | | EDI: PRA.COM | Sep 15 2026 00:48:00 | Portfolio Recovery Associates, LLC, c/o Amazon.com Store Card, POB 41067, Norfolk VA 23541 |
| 518263325 | | EDI: PRA.COM | Sep 15 2026 00:48:00 | Portfolio Recovery Associates, LLC, c/o Care Credit, POB 41067, Norfolk VA 23541 |
| 518123923 | + | Email/Text: recovery@paypal.com | Sep 14 2026 21:07:00 | Pay Pal, 2211 N/ 1st Street, San Jose, CA 95131-2021 |
| 518123924 | + | EDI: SYNC | Sep 15 2026 00:48:00 | PayPal, PO Box 105658, Atlanta, GA 30348-5658 |
| 518123925 | + | EDI: SYNC | Sep 15 2026 00:48:00 | PayPal Credit, PO Box 5018, Lutherville Timonium, MD 21094-5018 |
| 518252245 | | EDI: Q3G.COM | Sep 15 2026 00:48:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518231590 | | EDI: Q3G.COM | Sep 15 2026 00:48:00 | Quantum3 Group LLC as agent for, Genesis Consumer Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518180590 | + | Email/Text: RASEBN@raslg.com | Sep 14 2026 21:07:00 | RAS CRANE, LLC, BANKRUPTCY DEPARTMENT, 10700 ABBOTT'S BRIDGE ROAD, SUITE 170, DULUTH, GA 30097-8461 |
| 518123934 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Sep 14 2026 21:07:00 | State of New Jersey, Division of Taxation, 50 Barrack Street, PO Box 269, Trenton, NJ 08695 |
| 518309798 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Sep 14 2026 21:07:00 | State of New Jersey/Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |

| | | | | |
|---|---|---|---|---|
| 518123928 | + | Email/Text: ebn@rwjbh.org | Sep 14 2026 21:09:00 | Saint Barnabas Medical Center, PO Box 29960, New York, NY 10087-9960 |
| 518123930 | + | EDI: CBS7AVE | Sep 15 2026 00:48:00 | Seventh Avenue, Attn: Bankruptcy Dept, 1112 7th Ave, Monroe, WI 53566-1364 |
| 518123932 | + | Email/Text: clientservices@simonsagency.com | Sep 14 2026 21:09:00 | Simons Agency, Inc., Attn: Bankruptcy, 4963 Wintersweet Dr., Liverpool, NY 13088-2176 |
| 518123933 | + | Email/Text: clientservices@simonsagency.com | Sep 14 2026 21:09:00 | Simons Agency, Inc., 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 518182201 | + | EDI: CBS7AVE | Sep 15 2026 00:48:00 | Stoneberry, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 518123935 | ^ | MEBN | Sep 14 2026 21:00:12 | Summit Medical Group, Attn#8549X, PO Box 14000, Belfast, ME 04915-4033 |
| 518127585 | + | EDI: PRA.COM | Sep 15 2026 00:48:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518123936 | + | EDI: SYNC | Sep 15 2026 00:48:00 | Synchrony Bank/Amazon, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 518123937 | + | EDI: SYNC | Sep 15 2026 00:48:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965061, Orlando, FL 32896-5061 |
| 518123938 | | EDI: WTRRNBANK.COM | Sep 15 2026 00:48:00 | Target, Target Card Services, Mail Stop NCB-0461, Minneapolis, MN 55440 |
| 518254861 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Sep 14 2026 21:07:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 518738578 | | Email/PDF: bncnotices@becket-lee.com | Sep 14 2026 21:12:01 | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518123940 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Sep 14 2026 21:08:00 | Toyota Motor Credit Co, Toyota Financial Services, Po Box 8026, Cedar Rapids, IA 52408-8026 |
| 518261159 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 14 2026 21:07:00 | U.S. Bank National Association, Nationstar Mortgage LLC d/b/a Mr. Cooper, ATTN: Bankruptcy Dept, PO Box 619096, Dallas, TX 75261-9096 |
| 518452643 | | Email/Text: EDBKNotices@ecmc.org | Sep 14 2026 21:07:00 | US Department of Education, P O Box 16448, St Paul, MN 55116-0448 |

TOTAL: 69

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518180589 | | U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR LEH |
| 518123911 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 14, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Toyota Lease Trust denise.carlon@mccalla.com mccallaecf@ecf.courtdrive.com |
| Douglas J. McDonough | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-2N dmcdonough@flwlaw.com, NJbkyecf@flwlaw.com |
| Elizabeth L. Wassall | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-2N ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Elizabeth L. Wassall | on behalf of Creditor Lehman XS Trust Mortgage Pass-Through Certificate Series 2007-2N, U.S. Bank National Association, as Trustee ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| John R. Morton, Jr. | on behalf of Creditor American Honda Finance Corporation administrator for Honda Lease Trust ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| Kathleen M Magoon | on behalf of Creditor Lehman XS Trust Mortgage Pass-Through Certificate Series 2007-2N, U.S. Bank National Association, as Trustee logsecf@logs.com, kathleenmagoon@gmail.com |
| Kevin Gordon McDonald | on behalf of Creditor Toyota Lease Trust kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| Laura M. Egerman | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-2N laura.egerman@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Scott D. Sherman | on behalf of Debtor Steven H Lapidus ssherman@minionsherman.com |
| Scott D. Sherman | on behalf of Joint Debtor Eleonora Lapidus ssherman@minionsherman.com |
| Shauna M Deluca | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-2N sdeluca@hasbanilight.com, hllawpc@gmail.com |
| Sindi Mncina | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-2N smncina@raslg.com |
| Sindi Mncina | on behalf of Creditor Lehman XS Trust Mortgage Pass-Through Certificate Series 2007-2N, U.S. Bank National Association, as Trustee smncina@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Valerie A. Hamilton | on behalf of Creditor New Jersey Division of Taxation Valerie.Hamilton@law.njoag.gov |

TOTAL: 16